# EXHIBIT "1"



# CLARA WHITE MISSION

## Employee
## Manual

### "A Place Where Everyone Matters"

**613 W. Ashley Street**
**Jacksonville, Florida 32202**
**(904) 354-4162**
**www.clarawhitemission.org**

{00019895.DOCX-1}

Rev. 03/13



# Welcome to Clara White Mission

Thank you for joining the Clara White Mission Team. We hope you agree that as an employee of Clara White Mission you have a great contribution to make to the community and that you will find your employment here a rewarding experience. I look forward to the opportunity of working together to create a more successful organization. I also want you to feel that your employment with Clara White Mission will be mutually beneficial and gratifying.

You have joined an organization that has established an outstanding reputation for caring service to the community. Credit for this goes to the founders, Clara and Eartha White, who have inspired everyone in the organization. We hope you too will find satisfaction and take pride in your work here. As a part of the Clara White Mission Team, you will be expected to contribute your talents and energies to further improve the environment and quality of Clara White Mission

This Employee Manual provides answers to most of the questions you may have about Clara White Mission's benefits, policies, and procedures. You are responsible for reading and understanding this Employee Manual. If anything is unclear, I am always available to discuss any questions you have with the Employee Manual.

I extend to you my personal best wishes for your success and happiness at Clara White Mission.

Sincerely,

Ju'Coby Pittman
CEO/President
**Clara White Mission, Inc.**

Rev. 03/13

# TABLE OF CONTENTS

**SECTION 1: THE WAY WE WORK**

A WORD ABOUT THIS HANDBOOK
OVERVIEW OF CLARA WHITE MISSION
MISSION STATEMENT
EQUAL EMPLOYMENT OPPORTUNITY
AMERICANS WITH DISABILITIES ACT
HARASSMENT POLICY AND COMPLAINT PROCEDURE
CATEGORIES OF EMPLOYMENT
WORKWEEK
ANNIVERSARY DATE
DRIVER'S LICENSE/ DRIVING RECORD
CERTIFICATION, LICENSING, AND OTHER REQUIREMENTS
IMMIGRATION REFORM AND CONTROL ACT

**SECTION 2: YOUR PAY AND PROGRESS**

RECORDING YOUR TIME
PAYDAY
PAYCHECK DEDUCTIONS
SOCIAL SECURITY
GARNISHMENT/CHILD SUPPORT
PERFORMANCE REVIEWS
OVERTIME

**SECTION 3: TIME AWAY FROM WORK AND OTHER BENEFITS**

HOLIDAYS
PAID TIME-OFF
BEREAVEMENT
JURY DUTY
WITNESS LEAVE
VOTING LEAVE
MILITARY LEAVE
EMPLOYEE BENEFITS
GROUP HEALTH INSURANCE
COBRA

**SECTION 4: ON THE JOB**

MEAL TIME
CORPORATE VEHICLES
COMPANY PROPERTY
PERSONAL TELEPHONE CALLS
COMPUTER, E-MAIL, VOICE MAIL, INTERNET, PAGER, FAX, AND PHOTOCOPIER USAGE
SEVERE WEATHER
OUTSIDE EMPLOYMENT
PARKING
PERSONAL PROPERTY
ATTENDANCE AND PUNCTUALITY
STANDARDS OF CONDUCT
GRIEVANCE PROCEDURE
CLIENT AND PUBLIC RELATIONS

{00019895.DOCX-1}                    3

Rev. 03/13

CHANGES IN PERSONAL DATA
PROTECTING COMPANY AND CUSTOMER INFORMATION
CONFLICT OF INTEREST/CODE OF ETHICS
UNIFORMS
DRESS POLICY
IF YOU MUST LEAVE US

## SECTION 5: SAFETY IN THE WORKPLACE

EACH EMPLOYEE'S RESPONSIBILITY
GOOD HOUSEKEEPING
SMOKING IN THE WORKPLACE
WORKPLACE SEARCHES
WORKPLACE VIOLENCE
CONCEALED WEAPONS
WORKERS' COMPENSATION

{00019895.DOCX-1}                           4

Rev. 03/13

## SECTION 1:  THE WAY WE WORK

### A WORD ABOUT THIS EMPLOYEE MANUAL

This Employee Manual has been prepared to inform you of Clara White Mission's history, philosophy, employment practices, and policies, as well as the benefits provided to you as a valued employee.

The Policies in this Employee Manual are to be considered as management guidelines only.

- Clara White Mission ("CWM"), at its option, may change, delete, suspend, or discontinue any part or parts of the policies in this Employee Manual at any time without prior notice as business, employment legislation, and economic conditions dictate.

- Any such action shall apply to existing as well as to future employees.

- No one other than the CEO, President, or The Board of Directors of CWM may alter or modify any of the policies in this Employee Manual.  Any alteration or modification of the policies in this Employee Manual must be in writing.

- CWM abides by employment-at-will, which permits CWM or the employee to terminate the employment relationship at any time, for any reason, with or without notice. Neither the policies contained in this employee handbook, nor any other written or verbal communication is intended to create a contract of employment or a warranty of continued benefits.

- No statement or promise by a supervisor or department director, past or present, may be interpreted as a change in policy nor will it constitute an agreement with an employee

- Should any provision in this Employee Manual be found to be unenforceable and invalid, such finding does not invalidate the entire Employee Manual but only that particular provision.

This Employee Manual replaces any and all other or previous Clara White Mission Employee Manuals or other Clara White Mission policies whether written or oral.

Employment laws differ from state to state.  Therefore, when a policy contained in this handbook conflicts with a state or federal law, the law of the jurisdiction will govern the employment relationship.

### AN OVERVIEW OF THE CLARA WHITE MISSION

The Clara White Mission, Inc. has served the Jacksonville community since 1904 with the goal of "providing to all races, creeds and colors, the services and resources that offer the opportunity to become self-sufficient and to build self-esteem." Founded by Dr. Eartha M. White as a service center for the homeless and disadvantaged persons, the Clara White Mission became the base of an extensive range of both regional and national social programming directed by White from 1904 until her death in 1974. Today, the Clara White Mission continues to provide the services for which it was founded, serving approximately 400-500 men, women, and children in need, daily.

Do all the good you can.
For all the people you can.
In all the places you can.
In all the ways you can.
While you can

Clara English White Motto

Rev. 03/13

## {MISSION STATEMENT}

## EQUAL EMPLOYMENT OPPORTUNITY

CWM's policy is to provide equal employment opportunity to all qualified employees and applicants for employment regardless of race, color, sex, age, religion, disability, veteran status or national origin or any other characteristic protected by federal, state, or local law. CWM's intent and desire is that equal employment opportunities will be provided in employment recruitment, selection, compensation, benefits, promotion, demotion, lay-offs, termination, and all other terms and conditions of employment.

Any employee found exhibiting discriminatory or harassing behavior towards another employee will be subject to disciplinary action, up to and including termination.

## AMERICANS WITH DISABILITIES ACT

CWM is committed to providing equal employment opportunities to otherwise qualified individuals with disabilities, which includes providing reasonable accommodation where appropriate. In general, it is your responsibility to notify your supervisor of the need for an accommodation. Upon doing so, your supervisor may ask you for your input on the type of accommodation you believe may be necessary or the functional limitations caused by your disability. Also, when appropriate, we may need your permission to obtain additional information from your physician or other medical or rehabilitation professionals.

## HARASSMENT POLICY AND COMPLAINT PROCEDURE

### I.    STATEMENT OF POLICY

CWM is committed to maintaining a work environment where all individuals are treated with respect and dignity. Each individual has the right to work in an atmosphere that promotes equal opportunities and prohibits discriminatory practices, including sexual and other forms of unlawful harassment. Therefore, CWM expects that all relationships among our employees and other contacts be respectful and free of bias, prejudice, and harassment. In keeping with this commitment, CWM maintains a strict policy prohibiting harassment of our employees, customers, and donor prospects based on race, color, sex, religion, national origin, age, disability, marital status, or other protected activity or status. Violations of this policy will not be tolerated and will result in discipline, up to and including termination.

### II.    SEXUAL HARASSMENT

Sexual harassment constitutes discrimination and is illegal under federal, state, and local laws.[1] For the purposes of this policy, sexual harassment is defined in the Equal Employment Opportunity Commission's Guidelines as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when, for example: (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment may include a range of subtle and not so subtle unwelcome behaviors and may involve individuals of the same or different gender. Depending on the circumstances, these behaviors may include,

[1] Your rights under these laws and the time limits for pursuing your rights are detailed more fully in our equal employment opportunity poster.

{00019895.DOCX-1}                                    6

Rev. 03/13

but are not limited to the following: unwanted sexual advances; subtle or overt pressure for sexual favors; sexual jokes; innuendoes; advances or propositions; verbal abuse of a sexual nature; graphic commentary about an individual's body, sexual prowess or sexual deficiencies; leering, whistling, touching, pinching, assault, coerced sexual acts, or suggestive, insulting or obscene comments or gestures; display of sexually suggestive objects or pictures; and other physical, verbal, or visual conduct of a sexual nature.

This kind of behavior is unacceptable at the workplace and in any work-related setting outside the workplace. CWM will not tolerate such behavior, and any violation will result in immediate disciplinary action, up to and including termination.

It is also essential to understand that consenting romantic and sexual relationships between managers or supervisors in senior or supervisory positions and less-senior or lower-level employees, or between co-workers, may lead to unforeseen complications. The respect and trust accorded a more senior/supervisory person by a lower-level employee, as well as the position of the senior person to evaluate or otherwise supervise the lower-level person, could diminish the extent to which the lower-level employee feels free to choose whether or not to engage in such relationships. It is not CWM's intention to attempt to legislate social behavior within CWM. We do, however, recognize that encouraging and developing close social relationships, including dating, with employees makes any supervisor's job more difficult. Because of this, supervisors should refrain from dating and developing close social relationships with employees under their supervision. Furthermore, if a supervisor develops a romantic relationship with a subordinate employee, the supervisor should bring it to the attention of the CWM President so CWM can confirm that the relationship is consensual.

This policy applies to all applicants and employees whether related to conduct engaged in by fellow employees, supervisors, managers, or someone not directly connected to CWM (for example, a prospect, customer, vendor, advertiser, etc.).

## III.    REPORTING AN INCIDENT OF HARASSMENT/COMPLAINT PROCEDURE

CWM encourages reporting all perceived incidents of harassment, regardless of the offender's identity or position.

### 1.    Notification of Appropriate Staff
CWM strongly encourages individuals who believe they are being harassed to promptly notify the offender that his or her behavior is unwelcome. **Notifying the offender, however, is not a required first step.** If, for any reason, an individual does not wish to confront the offender directly, such a confrontation does not successfully end the harassment, or if the offender retaliates against the individual, the individual should promptly notify his or her supervisor. If an individual does not feel comfortable reporting to his or her supervisor or the harassment continues, the individual should promptly notify Human Resources or the President.

For those in a supervisory role, you have a special duty to report harassment even if it involves someone outside your area of responsibility. Any supervisor, who becomes aware of any harassment or has reason to believe harassment is taking place, must immediately report it to Human Resources or the President.

### 2.    Timeliness in Reporting Harassment
CWM encourages the prompt reporting of complaints or concerns so that rapid and constructive action can be taken. Therefore, while no fixed reporting period has been established, early reporting and intervention has proven to be the most effective method of resolving actual or perceived incidents of harassment.

### 3.    Investigatory Process
Any reported allegations of harassment will be investigated thoroughly, promptly, and impartially. The investigation may include individual interviews with the complaining employee, the offender involved and, where necessary, with individuals who may have observed the alleged conduct or may have relevant

{00019895.DOCX-1}                                    7

Rev. 03/13

knowledge. The complaint and investigation will be handled with sensitivity and, to the extent practicable and appropriate under the circumstances, confidentiality will be maintained throughout the investigatory process.

**4.      Protection Against Retaliation**

CWM will not tolerate retaliation against an individual for reporting harassment or assisting in providing information relevant to a claim of sexual or any other harassment. Retaliation is a serious violation of this policy and will be treated with the same strict discipline as would the harassment itself. Acts of retaliation should be reported immediately in accordance with the Complaint Procedure and will be promptly investigated.

**5.      Responsive Action**

Misconduct constituting harassment will be dealt with appropriately. Responsive action may include, for example, training, referral to counseling, and disciplinary actions such as warnings, reprimands, withholding of a promotion or pay increase, reassignment, temporary suspension without pay, compensation adjustments, or termination as CWM may believe appropriate under the circumstances.

**6.      False and Malicious Accusations**

False and malicious complaints of harassment may be subject to appropriate disciplinary action. This does not include complaints that are made in good faith, even if erroneous.

## INTRODUCTORY PERIOD

Employees are on an introductory period during their first ninety (90) calendar days of employment.

During this period, you will be able to determine if your new job is suitable for you and your supervisor will have an opportunity to evaluate your work performance. However, the completion of the introductory period does not guarantee employment for any period of time thereafter.

All employees are eligible for statutory benefits. Statutory benefits are mandated by federal, state, or local law and include Social Security, Workers' Compensation insurance, and unemployment compensation insurance.

## WORKWEEK

For purposes of calculating overtime for non-exempt employees, under the Fair Labor Standards Act, the workweek begins at 7:00 a.m. each Monday. Because of the nature of CWM's business, your work schedule may vary depending on your job. Check with your supervisor if you have questions about your hours of work.

## ANNIVERSARY DATE

The first day you report to work will be recorded in CWM records as your anniversary date. This date is used to calculate many different benefits.

## DRIVER'S LICENSE/DRIVING RECORD

Employees in positions where the operation of a motor vehicle is an essential duty of the position must present and maintain a valid driver's license and maintain a driving record that is acceptable to our insurer. Changes in your driving record must be reported to your supervisor immediately. Violations of this policy may result in discipline, up to and including immediate termination of your employment.

Rev. 03/13

## CERTIFICATION, LICENSING, AND OTHER REQUIREMENTS

You will be informed by your supervisor if there are any other licensing, certification, and/or testing requirements for your job. Failure to qualify or to maintain a certification or license may be sufficient cause for termination.

## IMMIGRATION REFORM AND CONTROL ACT (I-9)

In compliance with the federal Immigration Reform and Control Act of 1986 (IRCA), as amended, our company is committed to employing only individuals who are authorized to work in the United States.

Each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility. I-9 forms must be completed within three business days of hire. When an employee has presented evidence that required documents have been requested from appropriate government agencies, federal law permits the individual 90 days to produce the appropriate documents.

If an employee is authorized to work in this country for a limited time period, the individual will be required to submit proof of renewed employment eligibility prior to the expiration of that period to remain employed by CWM.

{00019895.DOCX-1}                                    9

Rev. 03/13

# SECTION 2: YOUR PAY AND PROGRESS

## RECORDING YOUR TIME

You are required to maintain an accurate record of all time worked.

Non-exempt employees must record their hours using time sheets.. Employees may not record the time of other employees.

All personal and/or break times must be reported. Violation of this policy will result in termination.

If you have any questions on how to record your hours, you should immediately check with your supervisor.

## PAYDAY

Payday is normally the Friday following the end of the pay period of the two (2) prior weeks, for services performed. The pay period ends on Sunday and the time sheets are due to your supervisor by Monday prior to payday. The bi-weekly pay schedule consists of twenty-six (26) pay periods per year. If for some reason the pay is calculated in error, the adjustment will be made in the following pay period.

Changes will be made and announced in advance whenever CWM holidays or closings interfere with the normal pay schedule.

## PAYCHECK DISTRIBUTION

Paychecks will be distributed by the Financial Director or your supervisor on the pay dates specified above.

## PAYCHECK DEDUCTIONS

CWM is required by law to make certain deductions from your paycheck each period. Such deductions typically include federal and state taxes and Social Security. All deductions are itemized on your pay stub. The amount of the deductions will depend on the information you furnish on your W-4 form. If you wish to modify or change the information on your W-4 form, you may request a new W-4 form from the Finance/Human Resources Director. **Verbal or written requests or instructions are not sufficient to modify withholding allowances.** These deductions are totaled each year for you on your Form W-2, Wage and Tax Statement.

## GARNISHMENT/CHILD SUPPORT

When an employee's wages are garnished by a court order, CWM is legally bound to withhold the amount indicated in the garnishment order from the employee's paycheck. Processing fees for court ordered garnishments may be assessed by CWM.

CWM acts in accordance with the federal Consumer Credit Protection Act and Florida state law, which place restrictions on the total amount that may be garnished from your paycheck.

## PAYROLL ADVANCE

In emergency situations, based on the availability of funds, CWM may grant you an advance only on your next payroll. Only employees that have been employed with CWM for longer than ninety (90) days are eligible to request a payroll advance. The maximum number of payroll advances available to an eligible employee is twice in a single fiscal year. CWM reserves the right to deny a request for a payroll advance for any reason.

{00019895.DOCX-1}                                    10

Rev. 03/13

## PERFORMANCE REVIEWS

Your performance is important to CWM. Periodically, your supervisor will review your job progress and help you to set new job performance plans. A performance review does not guarantee that you will receive an increase in your compensation and, in some instances, could result in a reduction.

New employees will generally be reviewed after completing their introductory period. All other employees are generally reviewed on an annual basis. However, quarterly and semi-annual reviews may be conducted at the discretion of your supervisor.

## OVERTIME

There may be times when you will need to work overtime (over 40 hours per week) so that we may successfully meet the needs of our clients. Employees are expected to work overtime when requested by management. All overtime worked by non-exempt employees must be approved in advance by your supervisor.

CWM gives employees the option of receiving compensatory time off ("comp time") instead of overtime pay for overtime hours worked. Comp time instead of overtime pay will be allowed if the time off is taken in the same pay period the overtime is worked. All comp time off will be given at the rate of 1.5 hours for each hour of overtime worked. An employee must receive prior approval to receive comp time and it will be scheduled to meet the needs of the CWM.

**Only actual hours worked count toward computing weekly overtime. Pay for time not worked (for example vacation and holidays) is not counted towards total hours worked.**

{00019895.DOCX-1}                    11

Rev. 03/13

# SECTION 3: TIME AWAY FROM WORK AND OTHER BENEFITS

## HOLIDAYS

The following paid holidays are observed by CWM:

| | |
|---|---|
| New Year's Day | Thanksgiving Day |
| Martin Luther King Day | Day after Thanksgiving |
| Memorial Day | Christmas Eve |
| Independence Day | Christmas Day |
| Labor Day | New Year's Eve |
| Veterans' Day | |

You may take time off to observe religious holidays not listed above by using personal leave. These holidays are unpaid unless you have paid time off that you elect to use. Any time off should be scheduled in advance with your supervisor and is not guaranteed.

All holidays listed above are scheduled on the day designated by common business practices.

In order to qualify for holiday pay, you must work the scheduled workday immediately before and after the holiday. Only regular, full-time employees are eligible for holiday pay. Part-time employees and employees who have not yet completed their introductory period are not eligible for holiday pay.

You will be paid eight (8) hours pay at your regular time rate for holiday pay. Holiday hours paid will not be counted as part of your forty (40) hour workweek when calculating overtime pay.

If work is required on a holiday, we will ask for qualified volunteers. If additional personnel are needed, they will be assigned.

Individuals are not eligible for holiday pay who are absent as a result of an on-the-job injury and who are collecting worker's compensation payments or on any leave of absence.

## PAID TIME OFF

Paid Time Off (PTO) may be taken as vacation time or time off due to an illness or injury. Only regular, full-time employees, working a minimum of forty (40) hours per week are eligible to accrue PTO. PTO hours begin accruing on the first day of employment, but an employee is not eligible to use PTO until he or she completes the Introductory Period.

Full-time employees accrue PTO as follows:
- 5.23 hours per pay period for each month they work
  Total of 17 days (136 hours) of PTO per year.

Except in the instance of illness, all PTO must be approved and scheduled in advance with your supervisor. The decision whether to grant an employee's PTO request is at the discretion of his or her supervisor, based on the needs of CWM. If there are multiple requests for PTO on a certain date and both cannot be granted, preference will be given on a first-come, first-serve basis.

To qualify for PTO pay, your supervisor should be notified prior to the start of your normal working hours, or prior to the time you must leave work due to illness. A doctor's note is not required for routine illnesses. For illnesses lasting three days or longer, or in any situation where misuse or abuse of sick leave is suspected, your supervisor may request a doctor's note upon return to duty.

Employees may only use PTO that they have already accrued. In limited situations, an employee may be allowed to receive advance PTO, with written authorization from his or her supervisor. This will result in a negative PTO balance, which will be repaid as the employee accrues additional PTO.

{00019895.DOCX-1}                    12

Rev. 03/13

Upon separation from employment, any unused and accrued PTO balance will be included in your final paycheck. If you have a negative PTO balance, that amount will be deducted from your final paycheck.

## JURY DUTY

Employees summoned for jury duty are required to notify their supervisor within forty-eight (48) hours of receipt of the jury summons. CWM provides paid leave for employees serving on jury duty, which is calculated as the difference between jury pay and the employee's regular pay. This amount is limited to a maximum of eight (8) hours per day and ten (10) days per jury summons. In order to receive jury duty pay, you must present a statement of jury service and pay issued by the court to the Finance and Human Resource Office.

If you are excused from jury duty during your regular working hours, you are expected to promptly return to work and notify your supervisor. This applies even if your release from jury duty is only temporary, unless it would be impossible to report to work and make it back to jury duty by the time designated by the court.

## MILITARY LEAVE

Employees who are required to serve in any branch of the Armed Forces of the United States, are engaged in state military service, or part of the U.S. Public Health Service, are given the necessary time off, without pay except where federal or state law dictates otherwise.

Exempt employees may be provided time off with pay when necessary to comply with state and federal wage and hour laws.

Accrued PTO may be used for this leave if the employee chooses. Military orders should be presented to your supervisor and arrangements for leave made as early as possible before a departure. Employees are required to give advance notice of their service obligations to CWM unless military necessity makes this impossible. You must notify your supervisor of your intent to return to employment based on requirements of the law.

## EMPLOYEE BENEFITS

CWM reserves the right to add to, modify, or discontinue its benefits package at any time. In this package, we have provided you with only a summary of CWM's benefits. If there are any discrepancies between your actual benefits and this summary, or if you have any questions concerning your benefits, please contact your supervisor. Although CWM currently pays a portion of the premiums for some of the benefits listed below, CWM reserves the right to reduce or eliminate its contribution to the premium payments.

## INSURANCE BENEFITS

Eligible employees may participate in our group insurance plan. Full-time employees become eligible for coverage after the completion of their Introductory Period. Part-time employees are not eligible to participate.

The following group insurance benefits are provided by CWM:
- Medical Care Coverage
- Dental Care Coverage
- Retirement
- Long-Term Disability Insurance
- Group Term Life Insurance/Accidental Death and Dismemberment Insurance.

Upon enrolling, you will obtain summary plan descriptions describing these benefits in more detail.

{00019895.DOCX-1}                                    13

Rev. 03/13

Eligible employees may enroll in either a single, an employee plus spouse, an employee plus child(ren), or a family contract after completing 90 days of employment. Coverage will begin on the first day of the month following the 90-day introductory period.

Applicable employee contributions will be automatically deducted from your paycheck.

Upon termination, you may be entitled to continuation or conversion of the group health insurance plan in accordance with the terms of the policy and/or applicable state law.

## COBRA

If you are included in CWM's group health care plan, you and your covered dependents will have the opportunity to continue medical (and/or dental, life, AD&D, and vision)* benefits under the provisions of the Federal Consolidated Omnibus Budget Reconciliation Act (COBRA) when group medical (and/or dental, life, AD&D, and vision)* coverage for you and your covered dependents would otherwise end because:

- your employment terminates, for a reason other than gross misconduct;
- your employment status changes due to a reduction in hours;
- your child ceases to be a "dependent child" under the terms of the medical (and dental)* plan;
- you become divorced or legally separated;
- you become entitled to Medicare; or
- you die.

In the event of divorce, legal separation, or a child's loss of dependent status, you or a family member must notify the plan administrator within 60 days of the occurrence of the event.

The plan administrator will notify the individuals eligible for continuation coverage of their right to elect COBRA continuation coverage.

*COBRA applies to dental, life, AD&D, and vision care insurance only if these insurances are offered.

{00019895.DOCX-1}                                    14

Rev. 03/13

# SECTION 4: ON THE JOB

## MEAL TIME

Non-exempt employees who work longer than four (4) hours in a day are provided an unpaid meal break each day. Your supervisor is responsible for approving the scheduling of this time, which is scheduled according to the needs of your department.

Meal times should always be recorded. You must clock out during your meal break and CWM strictly prohibits meals to be consumed while engaging in work activities.

## COMPANY VEHICLES

Operators of CWM vehicles are responsible for safe operation, cleanliness, and security of the vehicle. You may not operate a CWM vehicle under the influence of alcohol or with any illegal controlled substances in your system.

Accidents involving a CWM vehicle must be reported to your supervisor immediately.

Employees are responsible for any moving and parking violations and fines that may result when operating a CWM vehicle.

CWM vehicles may only be used for job-related travel.

The use of seat belts is mandatory for operators and passengers of CWM vehicles.

Drivers and passengers of company vehicles **must** be active CWM employees. Otherwise, any passengers must be transported for business purposes only.

There should be absolutely no smoking in CWM vehicles.

CWM strictly prohibits the use of a cellular phone while operating a CWM vehicle.

Drivers are expected to obey all traffic laws at all times while operating a CWM vehicle.

It is the driver's responsibility to ensure that the vehicle is not mistreated or used in a capacity not conforming to the vehicles design limits, and that all cargo be secured properly.

## COMPANY PROPERTY

You are expected to demonstrate proper care when using CWM's property and equipment. No property may be removed from the premises without the proper authorization of management. If you lose, break, or damage any property report it to your supervisor at once. Employees are expected to respect and take a part in preserving CWM property.

Any items purchased and paid for by CWM is company property. These items may be issued or assigned to certain employees for use in business. These items are strictly for CWM business purposes only. The issued or assigned CWM property is the responsibility of the employee entrusted with it. It must be maintained and guarded from any type of abuse or mistreatment.

All items and accessories issued by CWM must be returned in good condition upon leaving our corporation, or the employee will be responsible for paying for its repair or replacement.

{00019895.DOCX-1}                                    15

Rev. 03/13

## PERSONAL TELEPHONE CALLS

It is important to keep our telephone lines free for client calls. Although the occasional use of the CWM's telephones for a personal emergency may be necessary, routine personal calls are discouraged. Excessive use of CWM telephone for personal calls may result in discipline up to and including termination.

## COMPUTER, E-MAIL, VOICE MAIL, INTERNET, PAGER, FAX AND PHOTOCOPIER USAGE

Technology has made our world both simpler in some ways and more complex in others. In your position you may have access to various equipment and materials belonging to CWM designed to make your work, and services to our customers, superior and more productive. This equipment may include computers, e-mail, Internet, voice mail, pagers, fax, photocopiers, and computer software. This policy describes CWM's ownership of such equipment and materials, guidelines for proper use of such equipment, and CWM's reasonable expectation that it may access such equipment and any data, software, recordings, histories, or other materials, located in or on such equipment at any time. Thus, you should not consider any material or information you input into, is sent to you, or you access in CWM's computers, E-mail, voice mail, pagers, or fax to be yours personally.

Voice mail systems, computers, computer files, E-mail systems, pagers, internet access, photocopiers, fax machines, and software furnished to employees are CWM property intended for business use. Employees should not use a password, access a file, access e-mails, access voice mails, or retrieve any stored communication not their own or not directed to them without authorization from management. Voice mail recordings, photocopier usage, data inputted and stored in computers computer, fax usage, pager histories, and E-mail transmissions may be monitored or otherwise accessed by CWM management at any time.

CWM strives to maintain a workplace free of harassment and sensitive to the diversity of its employees. Therefore, CWM prohibits the use of voice mail, photocopiers, fax machines, computers, pagers, the Internet, and the E-mail system in ways that are disruptive, offensive to others, or harmful to morale. For example, the display, reproduction or transmission of sexually explicit images, messages, and cartoons is expressly prohibited. Downloading or searching the Internet or other computer databases for profane, lewd or sexually explicit material is prohibited at all times. Other such misuse includes, but is not limited to, ethnic slurs, racial comments, off-color jokes, or anything that may be construed as harassment or showing disrespect for others. These systems may not be used to transmit jokes, stories, chain letters, solicitations, commercial ventures, or religious or political causes.

The voice mail system at CWM is the property of CWM, as are any voice transcriptions on the system. Such voice mail messages may be accessed, listened to, and recorded by CWM at any time.

Because of the foregoing, employees should not assume that communications or data inputted or sent in computers, voice mail, e-mail, internet, pagers, or by fax is confidential and should be aware that the information contained therein may be monitored by management at any time. Regular employees must respect the confidentiality of other employees' electronic communications and may not attempt to determine passwords, or breach network or security measures, except by explicit direction of management.

CWM purchases and licenses the use of various computer software for business purposes and does not own the copyright to this software or its related documentation. Unless authorized by the software developer, CWM does not have the right to reproduce such software for use on more than one computer. Employees may only use software on local area networks or on multiple machines according to the software license agreement. CWM prohibits the illegal duplication of software and its related documentation. Do not place personal software on company systems.

Employees should notify their supervisor or Human Resources upon learning of any violations of this policy. Employees who violate this policy will be subject to disciplinary action, up to and including termination of employment.

{00019895.DOCX-1}                                    16

Rev. 03/13

## SEVERE WEATHER

Severe weather is to be expected during certain times of the year. Natural disasters may also occur from time to time. Although driving may at times be difficult, when caution is exercised the roads are normally passable. Except in severe cases, we are all expected to work our regular hours. Time taken off due to poor weather conditions while the business remains open may be made up or is unpaid.

Exempt employees may be provided time off with pay when necessary to comply with state and federal wage and hour laws. If extreme weather conditions require closing of the building, your supervisor will notify you.

## OUTSIDE EMPLOYMENT

CWM expects an employee's responsibilities with our organization to take priority over outside employment or activity. However, if you are planning to accept an outside position, you must notify your supervisor and the President in writing and receive prior approval before accepting the position.

Outside employment must not conflict in any way with your responsibilities with CWM. You may not work for competitors nor may you take an ownership position with a competitor.

Employees may not conduct outside work or use CWM property, equipment, or facilities in connection with outside work or while on CWM time.

## PARKING

Free parking facilities are available to employees. You are required to park within the designated areas. The corporation is not responsible for loss, damage, or theft of your vehicle. Therefore, we suggest that you lock your car doors.

## PERSONAL PROPERTY

CWM is not responsible for loss or damage to personal property. Valuable personal items, such as purses and all other valuables, should not be left in areas where theft might occur.

## ATTENDANCE AND PUNCTUALITY

Attendance and punctuality are important factors for your success within our company. We work as a team and this requires that each person be in the right place at the right time.

If you expect to be late for work or absent, you must notify your supervisor before the start of your workday. Failure to do so could result in disciplinary measures.

If you are absent for two (2) days without notifying CWM, it is assumed that you have voluntarily abandoned your position with CWM, and you will be removed from the payroll.

The beginning and end of the standard workweek is Monday through Friday. Punctual and consistent attendance is required.

## STANDARDS OF CONDUCT

Certain reasonable minimum rules of conduct have been established to ensure efficient and congenial working conditions for you, regardless of your location. The observance of these rules is necessary for your safety and protection. Each employee is expected to follow these rules.

While we have not attempted to list every activity that would be considered improper conduct, the offenses below are among those that an employee may be subject to the disciplinary action, up to and including

{00019895.DOCX-1}                    17

Rev. 03/13

termination. CWM reserves the right to discipline or terminate anyone although such conduct may not be specified below. The following misconduct is prohibited.

1.  Dishonesty of any form, including fabrication or falsification of any documents or records, or any misrepresentation or material omission of any fact.

2.  Neglect, misuse, or unauthorized use of CWM funds, equipment, vehicles, or property.

3.  Theft, misappropriation of property, or intentionally damaging property belonging to a prospect, customer, CWM, a visitor, or an employee.

4.  Disrespectful actions or words directed to a prospect, customer, visitor, employee, supervisor, or anyone else with whom CWM deals with at any time.

5.  Causing any serious complaint by a donor prospect, customer, visitor, employee, supervisor, or anyone else with whom CWM deals with at any time.

6.  Insubordination, refusal, or failure to obey instructions from a supervisor/manager or using disrespectful, obscene, abusive, or threatening language to a CWM supervisor/manager.

7.  Fighting, disorderly conduct, rude boisterous play, practical jokes, or pranks, while performing CWM business or while on CWM premises.

8.  Leaving the job during working hours without permission of management.

9.  Use of obscene, abusive or threatening language, intimidation or coercion of/towards a prospect, customer, visitor, employee, or anyone else with whom CWM deals with at any time and for any reason.

10. Immoral conduct, indecency, inappropriate language or gambling during work, or on CWM property.

11. Sleeping on the job, avoidance of work, or intentional slow down of work.

12. Excessive personal telephone calls during working time without prior approval.

13  Making false or malicious statements about a donor prospect, board member, customer, visitor, employee, or supervisor.

14. Refusing to work additional or irregular hours when requested by management.

15. Failure to cooperate with any internal investigation.

16. Tardiness or excessive absenteeism, or not following the calling in procedure.

17. Disclosing confidential information about a donor prospect, customer, visitor, employee, supervisor, board member, or anyone else with whom CWM deals with at any time without authorization from management or the removal of any Company or confidential records without authorization from management.

18. Solicitation, acceptance, or giving of gratuities or bribes.

19. Refusing to submit to a drug-screening test when requested, any attempt to tamper with a drug-screening test, or unsatisfactory test results.

{00019895.DOCX-1}                                     18

Rev. 03/13

20.     Failure to report a workplace injury or accident on company property, in the parking lot, or while conducting company business.

21.     Possession of any firearm, knife, ammunition, explosive, or any other weapon on CWM or customer property or office space, including the parking lot and company vehicles.

22.     Willful disregard of safety rules and procedures. Failure to use safety equipment or tampering with safety devices.

23.     Possession of, consumption of, or being under the influence of alcoholic beverages while on customer or company premises, including the parking lot, or while conducting company business, or during an employee's meal break.

24.     The use, manufacturing, distribution, sale, or possession of illegal drugs or controlled substances, or the dispensing of drugs without a proper prescription.

25.     Being convicted of, pleading guilty to, or pleading no contest to a crime, or any conduct that damages the reputation of CWM or makes you unfit for further employment.

26.     Interfering with the work of others at CWM.

27.     Failure to comply with any CWM policy, including but not limited to Non-Discrimination, Harassment Policy, Cellular Phone/Telephone Policy, Drug Free Workplace, Smoking Policy, or any other policy set forth in this handbook.

28.     Failure to immediately report the harassment or intimidation of anyone at CWM, specifically including harassment or intimidation because of that employee's sex, race, color, age, religion, national origin, handicap (or disability), or marital status.

29.     Being absent from work without calling in, unless on an approved leave of absence covering the time period the employee is out.

30.     Giving a false or misleading reason to obtain sick leave, military leave, funeral leave, or any other leave or to obtain benefits.

31.     Filling out or punching another employee's time card.

32.     Unsatisfactory performance.

33.     Any violation of ethics, codes of conduct, or customs and practices.

34.     Any other conduct not in the best interest of CWM.

## GRIEVANCE PROCEDURE

CWM has a set procedure for the resolution of employee grievances. A grievance may be any unresolved disagreement that an employee has with CWM relating to personnel actions, except an employee may not institute a grievance based upon a performance evaluation.

You are first expected to discuss the dissatisfaction or grievance with your immediate supervisor. If you are unable to reach an agreement with your supervisor, you may then appeal your supervisor's decision through the CEO/President. If an agreement is still not reached, you may forward a written notice to the CEO/President stating the facts pertaining to the grievance and requesting a hearing by the Grievance Committee.

{00019895.DOCX-1}                              19

Rev. 03/13

The Grievance Committee is formed by members of the Board of Directors. Any request for a hearing must be received in writing within ten (10) days of the contested action. If an employee is not satisfied with the findings of the Grievance Committee, the employee may request a review by the Executive Committee of the Board. The request for review must be in writing within five (5) working days of the Grievance Committee's decision. The Executive Committee may elect to review the case or provide a ruling based on the record of the Grievance Committee's hearing.

The Grievance Committee will make and retain a full record of the grievance hearing. In the event the Grievance Committee finds that an employee has been terminated, suspended, or suffered a reduction in pay without just cause, it will make a recommendation regarding the appropriate action, which is subject to review and approval by the Executive Committee.

All permanent employees are eligible to request and receive consideration under the grievance procedure. Introductory employees may not avail themselves of this procedure.

## CLIENT AND PUBLIC RELATIONS

CWM's reputation is built on excellent service and relationships with the community. To maintain this reputation requires the active participation of every employee.

The opinions and attitudes that clients have toward CWM may be determined for a long period of time by the actions of one employee. It is sometimes easy to take a client for granted, but when we do, we run the risk of losing not only that client but his or her associates, friends, or family who may also be clients or prospective clients.

Each employee must be sensitive to the importance of providing courteous treatment in all working relationships.

## CHANGES IN PERSONAL DATA

To aid you and/or your family in matters of personal emergency, we need to maintain up-to-date information.

Changes in name, address, telephone number, marital status, number of dependents, or changes in next of kin and/or beneficiaries should be given to your supervisor promptly.

## PROTECTING COMPANY AND CUSTOMER INFORMATION

Protecting our company's and our customers' information is the responsibility of every employee and we all share a common interest in making sure it is not improperly or accidentally disclosed. Do not discuss CWM's or customers' confidential business with anyone who does not work for us.

CWM's address shall not be used for the receipt of personal mail.

## CONFLICT OF INTEREST/CODE OF ETHICS

A company's reputation for integrity is its most valuable asset and is directly related to the conduct of its officers and other employees. Therefore, employees must never use their positions with CWM, or any of its clients, for private gain, to advance personal interests or to obtain favors or benefits for themselves, members of their families or any other individuals, corporations, or business entities.

CWM adheres to the highest legal and ethical standards applicable in our business. CWM's business is conducted in strict observance of both the letter and spirit of all applicable laws, and the integrity of each employee is of utmost importance.

{00019895.DOCX-1}                    20

Rev. 03/13

Employees of CWM shall conduct their personal affairs in such a fashion that their duties and responsibilities to CWM are not jeopardized and/or legal questions do not arise with respect to their association or work with CWM.

## UNIFORMS

CWM provides uniforms for certain employees and they should only be worn during work hours. Proper care of these uniforms is required.

All uniforms or accessories issued by CWM must be returned in good condition upon leaving employment. Failure to return any items will result in the cost being deducted from your final paycheck.

## DRESS CODE POLICY

The following information is intended to serve as a guide to help define appropriate dress for all employees.

CWM's primary objective is to have employees project a professional image while taking advantage of casual and relaxed clothing. Business casual dress offers an alternative to business attire of dresses, suits, ties, and dress shoes. However, not all casual clothing is appropriate for the office. Items that may be perfect for working in the yard, going on a picnic or playing sports aren't appropriate for the office, nor is clothing that is too revealing. Regardless of the item, it is essential to avoid wearing anything to the office that is excessively worn, frayed, or wrinkled.

There are times when traditional business attire should be worn. Take your day's schedule into account when you are dressing. If you have a meeting scheduled with visitors, or if you are advised that others in CWM will have visitors with whom you will come in contact, you will want to dress in business attire. Of course, business attire is always acceptable if that is your preference.

Listed below is a general overview of acceptable business casual wear, as well as a listing of some more common items that are not appropriate for the office. Neither group is intended to be all-inclusive. Rather, these items should help set the general parameters for proper casual business wear and allow you to make intelligent judgments about items that are not specifically addressed. A good rule of thumb is that if you are not sure if something is acceptable, choose something else or inquire first.

*Slacks* - cotton slacks are acceptable provided they are clean and wrinkle free. Inappropriate items include blue jeans, sweatpants, shorts, overalls or spandex pants.

*Shirts* - Casual shirts, golf shirts, sweaters and turtlenecks are acceptable. Inappropriate items include tank tops, halter tops, tops with bare shoulders, tops that show midriff, or tops that are deemed too revealing.

*Dresses and skirts* - Casual dresses and skirts, and split skirts are allowed. Dress and skirt length should be no shorter than four inches above the knee. Mini-skirts and spaghetti-strap dresses should not be worn to the office.

*Footwear* - Employees must wear appropriate footwear. Loafers, boots, flats, dress sandals, open toe shoes, clogs and leather deck shoes are acceptable. Inappropriate items include athletic shoes, sneakers, thongs, and flip flops.

If an item of clothing is deemed inappropriate for the office by the employee's supervisor or by Human Resources, the employee may be sent home to change clothes and will be given a verbal warning for the first offense.

{00019895.DOCX-1}                                              21

Rev. 03/13

## IF YOU MUST LEAVE US

Should you decide to leave your employment with us, we ask that you provide your supervisor with at least two (2) weeks' advance notice. Your thoughtfulness is appreciated and will be noted favorably should you ever wish to reapply for employment with CWM.

Employees who are rehired following a break in service in excess of six months, other than an approved leave of absence, must serve a new initial introductory period, whether or not such a period was previously completed. Such employees are considered new employees from the effective date of their reemployment for all purposes, including the purposes of measuring benefits.

Additionally, all resigning employees must complete a brief exit interview prior to leaving. All company property, including this handbook, must be returned upon termination. Otherwise, CWM may take further action to recoup any replacement costs and/or seek the return of company property through appropriate legal recourse.

You should notify CWM if your address changes during the calendar year in which you leave employment so that your tax information will be sent to the proper address.

Rev. 03/13

# SECTION 5: SAFETY IN THE WORKPLACE

## EACH EMPLOYEE'S RESPONSIBILITY

Safety can only be achieved through teamwork at CWM. Each employee, supervisor, and manager must practice safety awareness by thinking defensively, anticipating unsafe situations and reporting unsafe conditions immediately.

Please observe the following precautions:

1. Notify your supervisor of any emergency situation. If you are injured or become sick at work, no matter how slightly, you must inform your supervisor immediately.

2. The unauthorized use of alcoholic beverages or illegal drug substances during working hours will not be tolerated. The possession of alcoholic beverages or illegal drug substances on CWM's property is forbidden.

3. Use, adjust, and repair machines and equipment only if you are trained and qualified.

4. Get help when lifting or pushing heavy objects.

5. Understand your job fully and follow instructions. If you are not sure of the safe procedure, do not guess . . . ask your supervisor.

6. Know the locations, contents, and use of first aid and fire safety equipment.

7. Comply with all posted signs and rules.

8. Do not remove, circumvent, disconnect, or render inoperable any safety or protective device. Do not operate equipment that is unsafe.

9. Know the proper procedures for doing your assigned job. When in doubt, always ask your supervisor before proceeding.

10. Use only approved tools for a particular job. Defective tools must be reported to your supervisor immediately.

11. Wear personal protective equipment in accordance with the job you are performing.

12. Comply with OSHA standards.

13. Unauthorized possession, use, storage, or sale of weapons, firearms, or explosives on work premises is forbidden.

A violation of a safety precaution is in and of itself an unsafe act. A violation may lead to disciplinary action, up to and including discharge.

## GOOD HOUSEKEEPING

Good work habits and a neat place to work are essential for job safety and efficiency. You are expected to keep your place of work organized and materials in good order at all times. Report anything that needs repair or replacement to your supervisor.

{00019895.DOCX-1}                                   23

Rev. 03/13

## SMOKING IN THE WORKPLACE

CWM is committed to providing a safe and healthy environment for employees and visitors. To accomplish this goal, smoking and use of other tobacco products may be allowed only in designated areas consistent with applicable state and local laws.

## WORKPLACE SEARCHES

To protect the property and to ensure the safety of all employees, clients, and CWM, CWM reserves the right to conduct personal searches consistent with the law, and to inspect any packages, parcels, handbags, briefcases, lunch boxes or any other possessions or articles carried to and from the corporation's property. In addition, CWM reserves the right to search any employee's office, desk, files, lockers, equipment, computer hard drives, or any other area or article on our premises. In this regard, it should be noted that all offices, desks, files, lockers, equipment, etc. are the property of CWM, and are issued for the use of employees only during their employment. Inspection may be conducted at any time at the discretion of CWM.

Persons entering the premises who refuse to cooperate in an inspection conducted pursuant to this policy may not be permitted to enter the premises. Employees working on or entering or leaving the premises who refuse to cooperate in an inspection, as well as employees who after the inspection, are believed to be in possession of stolen property or illegal drugs, will be subject to disciplinary action, up to and including discharge, if upon investigation they are found to be in violation of CWM's security procedures or any other corporation rules and regulations.

## WORKPLACE VIOLENCE

Violence by an employee or anyone else against an employee, volunteers, visitor, board member, client, supervisor, or member of management will not be tolerated. The purpose of this policy is to minimize the potential risk of personal injuries to employees at work and to reduce the possibility of damage to CWM property in the event someone, for whatever reason, may be unhappy with a CWM decision or action by an employee or member of management.

If you receive or overhear any threatening communications from an employee or outside third party, report it to your supervisor at once. Do not engage in either physical or verbal confrontation with a potentially violent individual. If you encounter an individual who is threatening immediate harm to an employee, visitor, or to our premises, contact an emergency agency (such as 911) immediately.

All reports of work-related threats will be kept confidential to the extent possible, investigated and documented. Employees are expected to report and participate in an investigation of any suspected or actual cases of workplace violence.

Violations of this policy, including your failure to report or fully cooperate in the corporation's investigation, may result in disciplinary action, up to and including immediate discharge.

## CONCEALED WEAPONS

You may not possess, store, use, or sell weapons, firearms or explosives on work premises, in company vehicles, or during work time. Violations of this policy will result in disciplinary action, up to and including discharge.

## WORKERS' COMPENSATION

On-the-job injuries are covered by our Workers' Compensation Insurance policy. This insurance is provided at no cost to you. If you are injured on the job, no matter how slightly, report the incident

{00019895.DOCX-1}                                    24

Rev. 03/13

immediately to your supervisor. Consistent with applicable state law, failure to report an injury within a reasonable period of time could jeopardize your claim. We ask for your assistance in alerting management to any condition that could lead or contribute to an employee accident. Additionally, CWM will attempt to provide a reasonable accommodation, which is feasible, medically necessary and does not impose an undue hardship on CWM as prescribed by applicable federal, state or local law.

CWM will abide with all requirements set forth by the Workers' Compensation Act and any other applicable law. We will not take any adverse action against an employee in retaliation for filing a Workers' Compensation claim.

The amount of the benefits payable to you and the duration of payment depend upon the nature of your injury or illness. You will be taken to a nearby urgent care center or hospital if you cannot be treated adequately on CWM premises.

{00019895.DOCX-1}                                    25