# EXHIBIT "2"

# ERWIN MAITEN

3115 Hidden Lake Cv. ◆Middleburg, FL 32068 ◆ (904) 874-4406 ◆ maitenr@bellsouth.net

## PROFESSIONAL SUMMARY

*Resourceful, self-motivated, personable professional with experience in a customer service support environment, and working with diverse populations including veterans and those who served in Iraq and Afghanistan; social services professional with a working knowledge of military and veteran issues who works well under pressure and able to multi-task, seeking a position with Wounded Warrior Project in Jacksonville, Florida.*

## PROFESSIONAL SKILLS & COMPETENCIES

- Customer Service Support
- Service-Oriented
- Problem Solving
- Interpersonal & Interactive Communications

- Military Veteran
- Military Family Social Services Support
- Leadership
- Supervisory

- Microsoft Office
- Records Management
- Team Work & Collaboration
- Strong Listening Skill

## PROFESSIONAL EXPERIENCE

Clara White Mission, Inc. – Jacksonville, Florida                    2003 - 2017
*Day Center Director*

- Supervised and maintained program facilities in providing supportive services to over 500 homeless individuals daily, including veterans from all branches of military service.
- Implemented programs and services needed for the resident program.
- Monitored and maintained rule compliance and safe environment for all program participants.
- Maintained all documents, reports, and other paperwork needed to ensure program compliance with set goals and objectives.
- Assisted in assessing program outcome measures.
- Maintained records for all participants.
- Assisted program participants in developing an individual treatment plan for self-sufficiency.
- Oversaw overall directives and compliance of Day Center Staff.

United States Postal Service – Jacksonville, Florida                    1993 - 2003
*Mail Carrier*

- Sorted, delivered, picked-up and processed a variety of mail and other packages.
- Trained relief carriers to cover workload when carriers were taking time off from work.

United States Navy – Various Global Locations                    1978 – 1992
*Aviation Ordnance*

- Served as a Second Class Petty Officer and Supervisor and Quality Assurance Maintenance Technician.
- Performed scheduled and unscheduled maintenance on aircraft weapons.
- Accountable for receipt, issue, ship and storage of air-launched missiles, 20MM ammunition.
- Supervised the transport of aircraft ammunition, bombs and missiles.
- Supervised and trained personnel in the proper use of aviation ordnance support equipment.

## EDUCATION

Florida Community College – Jacksonville, Florida
*General Studies*

*Specialized Training*
Youth Mental Health First Aid USA Certification
NCCER Master Trainer
Baker Act Certified Training
Aviation Ordnance A-Schools
Quality Assurance Inspector
Leadership & Management Courses

## AWARDS & PERSONAL RECOGNITION

National Defense Service Medal
Naval Expedition Service Medal
Sea Service Medal
Good Conduct Medals

References Available Upon Request

Erwin Maiter | maiter@bellsouth.net | (904) 874-4406