# EXHIBIT "3"



## CLARA WHITE MISSION
# DIRECTOR OF RESIDENTS AND DROP-IN CENTER
### JOB DESCRIPTION

### Job Description Overview

The Director of Residents and Drop-In Center is responsible for developing and over-seeing all service related to Clara White Mission Operations Turning Point participants and Transitional Housing. The Director also serves as the Coordinating Liaison for Clara White Mission and Various Community Organizations.

# PRIMARY RESPONSIBILITIES
*Direct Services:*

- Provide case management and maintain a case load of 28 active program residents.
- Document all client and family information, including data required by V.A. and HUD.
- Develop and complete case assessments and service plans with each resident in care.
- Place residents in transitional housing units and provide ongoing supervision for each resident.
- Provide referrals to and coordinate services with adjunct services as required, including assisting with employment and training/placement, school enrollment/attendance, health care/mental health services, providing and/or coordinating transportation to residents, and coordinating childcare and other support services.
- Facilitate group or individual meetings to pass on critical skills and provide support for program residents.
- Schedule, coordinate and facilitate team meetings with all involved agency representatives and others who are involved with the residents support.
- Counseling resident with behavior management and solution focused techniques to facilitate personal growth and minimize crisis.
- Complete discharge summaries, implement after/care plan and provide follow-up services if needed once a resident is discharged.
- Assist Program Manager in completing program status reports to funding sources as outlined in program grants.
- Keep HMIS up to date.

*Staff Development:*

- Attend all associate staff meetings with a mutual goal of contributing to program issues and updates on agency issues
- Attend relevant trainings and conferences in the community to develop professional skills.

# DIRECTOR OF RESIDENTS AND DROP-IN CENTER
## DAY TO DAY OPERATIONS

➢ 0630 Receive pass down from Outgoing Security Advisor.

➢ 0645 walk CWM make a list of all repairs that are needed.

➢ 0700 Check and answer email and telephone messages and also at Passcode, (300, password 461. Inquire with Kitchen Manager whether kitchen help is needed.

➢ 0730 meet with residents to give out daily assignments if applicable.

➢ 0745 meet with Maintenance team to address any repair concerns and issues.

➢ 0800. Dorm inspection.

➢ 0830 Vehicle inspection, including repairs, damage and gas. Check Vehicle log book ensuring all keys are accounted for and inside of book, ensure all data from pass down has been logged.

➢ 0930 Check with Administration, Kitchen Manager and Mrs. Merle Wright, for Donation pick-up(s).

➢ 1000 Make Rounds to Riverside North Banquet Hall, Farm, Farmers Market, and Boulevard House for Security Checks, needed repairs, and Building Maintenance Schedule.

➢ 11:30 Lunch

➢ 12:00 meet with minimum of 4 residents to update their files in HMIS.

➢ 2:00 Make rounds at Clara White Mission

➢ 3:00 pass down with 3:00 to 11:00 Advisor

Day to Day Operations varying on a regular basis depending on the priorities throughout the day and schedule will be adjusted to accommodate changes to Daily Day to Day Operations.
(Transport Veteran to V.A. Hospital in Gainesville and Lake City as needed.)

Meeting:
Every morning with Resident @ 7:30
Every Tuesday House Meeting with Resident (4:30 to 5:30)
Every Thursday meet the Vet with V.A. Donna Christie (2:00 to 5:00)