# EXHIBIT "4"

**CWM Employee Performance Evaluation**

**Name:**   ERWIN MAITEN

**Job Title:**   Manager of VA Residential/Drop-In & Fleet Services

**Department:**   Veterans & Residential

**Supervisor:**   Sharon Wright

**Performance Evaluation Period:    From   9/1/16         To:  2/6/17**

**How well does this administrator perform/demonstrate the described behavior of the following set of core competencies?**

(9 – 10)        **An outstanding skill.** Performance consistently meets and exceeds the behavior and skill expectations described in this competency.

(7 – 8)         **A strength.** Performance meets most and exceeds many of the behaviors and skill expectations described in this competency.

(5 -6)          **Fully meets expectations.** Performance meets a majority of behavior and skill expectations described in this competency. Performance reflects a fully competent administrator.

(3-4)           **Needs improvement.** Performance meets some of the behavior and skill expectations described but sometimes fall short.

(1-2)           **Least skilled.** Performance consistently fails to reach behavior and skills expectations.

(N)             "Not applicable" or "not observed".

2/6/2017

### 1. Job Knowledge

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
|   |   |   |   |   |   |   |   |   |   |    |

- Knowledge of responsibilities for efficient and effective accomplishments of assigned responsibilities as it pertains to departmental objectives and directives.
  **Comments:** Employee knows the technical parts of his job, but fails to accomplish job duties in a timely manner which would enhance department performance.

### 2. Leadership

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
|   |   |   |   |   |   |   |   |   |   |    |

- The ability to influence direction by setting an example, establishing credibility and inspiring trust and loyalty.
  **Comments:** Employee is not perceived as consistent in job responsibilities. and not consistent in responding.

### 3. Planning and Organizing

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
|   |   |   |   |   |   |   |   |   |   |    |

- Plans, organizes and completes monthly reports, projects and on-going responsibilities according to deadlines. Need improvement. Examples: Residents and Scheduling Orientations accuracy.
  **Comments:** Employee does not have established plan and/or activities for the veterans.
  - He is not consistent with the Veterans dormitory schedule, duties or responsibilities.
  - The 2016 renewal of vehicles tags was late and cause late fees.
  - A vehicle was not signed out and while it was being driven with a ticket was assessed over $250.00
  - Old resident guide book was presented at very important inspection updates of residents serving not done in a timely matter or not at all.

### 4. Internal Policies and Systems

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
|   |   |   |   |   |   |   |   |   |   |    |

- Demonstrates a working knowledge of the CWM systems, policies and decision-making structure within the organization.
  **Comments:** Employee is aware of policies and procedures of CWM, but has not followed to ensure continuingly and enforcement updates.
  - Example: In October 2016, the vehicle policy and procedure was emailed to you and all the staff with instructions. A second reminder email was sent in December 2016 and the directives in the email to date, supervisors has received.
  - There was not a CINTAS inspection sheet in the inspection package in November 2016.
  - Employee were repeatedly told that the Emergency Contact Form was missing from the Boulevard transitional home and it wasn't replaced.
  - Pick-up of the sign- in sheets had not been pick up from the Boulevard for several weeks and months mail that should have been sent back to sender.

2/6/2017

### 5. Accountability and Initiatives

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

- Ethical behavior with or without direct supervision; the display of energy and enthusiasm.
  **Comments:** The employee takes initiative in setting up facilities and in instance repairs vehicles.
  - o As request and maintain fleet repairs need.
  - o Example: Was advise there were forms needed to completed no consistently were done to make sure they were.
  - o 2016 Christmas decorations fiasco.

---

### 6. Decision Making / Judgment

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

- The ability to identify problems, potential problems, develops solutions, and evaluates decision effectiveness.
  **Comments:** The employee shows a deficit in this area for decision in responding.
  - o The black stages are still on the side of the CWM. Request has been asked several times and still today it hasn't been removed.
  - o Checking and responding to company text, calls and email needs to improve.

### 7. Interpersonal Skills

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

- Since last review interpersonal has change with some resistance of response around staff and residents.
- The ability to relate and interact with staff, volunteers, clients and donors in a positive way that results to cooperation, mutual respect, and common benefits.
  **Comments:** Donors have complained about that the employee has a lot of interactions with donors, staff, clients and residents. Interaction attitude and personality needs improvement when complains arises toward at that moment and should be as learn positive criticism not a negative also to learn to new way of using your interpersonal skills as an achievement goal.

### 8. Communication

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|



- The ability to accurately and effectively transmit and receive information necessary to accomplish responsibilities. (verbal, written, listening)
  **Comments:** Employee communication needs to improve verbally and/or by calls, emails and/or texts. Develop a plan to keeps staff abreast of developing situations.

2/6/2017

### 9. Adaptability/Flexibility

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| | | | | | | | | | | |

- The ability to change approaches or methods based upon circumstances unique to a situation to achieve desired results.
- Employee is flexible, and concerns is consistency.
  **Comments:**   Employee handles residents with drug related issues with great care, discretion and consideration.  He refers the residents to the appropriate facility or treatment program. Also, ensure the VA Residents follow-up on appointments at VA in Gainesville.

### 10. Analytical/Reasoning

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| | | | | | | | | | | |

- The ability to separate a situational problem into components, identify all relevant factors, apply principles of logic to determine relationships and achieve maximum results.
- Employee need to be aware of policies to ensure correct decisions/ reasoning from day to day policies & procedures.
  **Comments:** Example: Employee mentioned the storage of medication and food in the same refrigerator during an inspection.

### 11. Budget Management

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| | | | | | | | | | | |

- Effectively organize process for development, approval, and monitoring of administrative budgets and expense/value analysis.
  **Comments:**  Employee must minimize budget for supplies for the Department.

### 12. Creativity/Innovation

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| | | | | | | | | | | |

- The ability to bring original thoughts or new, unique ideas to accomplish responsibilities.
  **Comments:**  Employee has ideas to enhance the VA computer lab usage at CWM.
  Encourage employee to implement and follow-up with feedback from residents and clients,

### 13. Stress Management

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| | | | | | | | | | | |

- The ability to maintain composure and equilibrium and act rationally in a personal and or professional stressful situation(s).
  **Comments:**   Employee needs to continue to investigate situations before reacting in a negative manner.

2/6/2017

### 14. Technical Expertise

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
|   |   |   |   |   |   |   |   |   |   |    |

- Demonstrated knowledge/understanding of principles and terminology specific to the job responsibilities.
  **Comments:**  Employee understands his job functions and can complete them as required. Needs to work on consistency in responsibilities

### 15. Staff Recognition

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
|   |   |   |   |   |   |   |   |   |   |    |

- Recognizes accomplishments. Champions leadership development. Supports developmental opportunities.
  **Comments:  N/A**

### 16. Team Orientation

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
|   |   |   |   |   |   |   |   |   |   |    |

- Promotes a collaborative environment, builds rapport.
  **Comments:**  Employee engages in company functions and activities. Very involved in all function Events. Work well as a team player. Would advise to keep abreast of immediate/ ongoing changes that effect the department.

### 17. Overall Leadership of Department

| N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
|   |   |   |   |   |   |   |   |   |   |    |

- Models direct staff/administrator partnership. Contributes to institution-wide synergy and integration.
  Comments:  N

Overall Comments:

Suggested Areas for Development:  Set goals for projects and tasks. Improve communication with all viable technology. When given instructions from or by CWM CEO they need to be completed in a timely manner and if uncertain of the task, then ask questions. Develop a strategic plan for the next 90 days and communicate said plan to Mrs. Sharon Wright by_____2017.

2/6/2017

Optional: _____

I hereby acknowledge that I have reviewed this evaluation and that I agree _____ / disagree _____ with the ratings given.

_____                    _____2/6/17_____
Supervisor Signature                                                Date

I hereby acknowledge that I have read this evaluation, that I have been given a copy of the completed evaluation form, and that I have been given an opportunity to discuss it contents with the rater.  My signature does not necessarily mean that I agree with the evaluation.

_____ I have attached comments concerning this evaluation of my performance.

_____                    ____2-6-17_____
Employee Signature                                                  Date

**Performance Summary**

Record the numerical rating for each job factor in the corresponding line provided below:

1.  Job Knowledge  —  5

2.  Leadership  4

3.  Planning and Organizing  4

4.  Internal Policies and Systems  4

5.  Accountability and Initiatives  4

6.  Decision Making/Judgment  4

7.  Interpersonal Skills  4

8.  Communications  4

9.  Adaptability/Flexibility  4

10. Analytical/Reasoning  2

11. Budget Management  4

12. Creativity/Innovation —  4

13. Stress Management  4

14. Technical Expertise  4

15. Staff Recognition  N/A

16. Team Orientation  5

17. Overall Leadership of Department  4

2/6/2017

| Supervisor Overall Comments: | |
|---|---|

**Overall Performance Rating** combines your ability to (1) perform job duties and accomplish departmental goals and (2) develop and demonstrate basic job skills.  Ratings are defined on the cover page.

**Overall Performance Rating Period Reviewed**

| | |
|---|---|
| Overall Rating (Divide total sum of ratings by total number of ratings). | |
| Convert numerical rating to the descriptive definition from the chart on the front page | |

**Employee's Comments:**

_____

_____

_____

_____

_____

**Would you recommend employee for a merit increase?**

**YES**          **NO** _____          _____
**Circle that which applies:**          **Approved** _____

2/6/2017

CWM Employee Performance Evaluation
(Program Staff)

Name: Erwin Maiten

**Department: Veteran Services**

Job Title: Director of Residential Services

Supervisor: Kevin Carrico

Performance Evaluation Period:          From: 10/14/14          To:10/29/15

**How well does this employee perform/demonstrate the described behavior of the following set of core competencies?**

(5)    **Exceptional** - Performance consistently meets and exceeds the behavior and skill expectations described in this competency.

(4)    **Exceeds Requirements** - Performance meets most and exceeds many of the behaviors and skill expectations described in this competency.

(3)    **Fully meets expectations** - Performance meets a majority of behavior and skill expectations described in this competency. Performance reflects a fully competent staff.

(2)    **Needs improvement** - Performance meets some of the behavior and skill expectations described but sometimes fall short.

(1)    **Least skilled** - Performance frequently fails to reach behavior and skills expectations.

(N)    **"Not applicable" or "not observed".**

**1. Job Knowledge:**

    **N**       **1**       **2**       **3**     • **4**      **5**

- Knowledge of responsibilities for efficient and effective accomplishments of assigned responsibilities as it pertains to departmental objectives and directives.
- Comments:

> *Mr. Maiten is well versed in everything he does at the mission.*

**2. Leadership:**

    **N**       **1**       **2**       **3**    • **4**      **5**

- The ability to influence direction by setting an example, establishing credibility and inspiring trust and loyalty.
- Comments:

> *People respect Mr. Maiten and he is a highly effective Leader. He doesn't play favorites and always does what's right.*

**3. Planning & Organizing:**

    **N**       **1**       **2**   • **3**      **4**      **5**

- Plans, organizes and completes monthly reports, projects and on-going responsibilities according to deadlines.
- Comments:

> *Mr. Maiten is asked to do so much that occasionally he forgets a meeting or a task. I suggest keeping a planner or calendar on your I pad as to keep things in your memory.*

**4. Internal Policies & Systems:**

    **N**       **1**       **2**       **3**      **4**   • **5**

- The ability to influence direction by setting an example, establishing credibility and inspiring trust and loyalty.
- Comments:

> *When Mr. Maiten has an idea or opinion, people listen. He is trustworthy and loyal.*

**5. Accountability & Initiatives:**

    **N**       **1**       **2**       **3**   • **4**      **5**

- Ethical behavior, with or without direct supervision; the display of energy and enthusiasm.
- Comments:

> *Mr. Maiten does not need to be micromanaged. He is always on the grind and on a mission for the Mission.*

**6. Decision Making / Judgment:**

    N      1      2      3     •4     5

- The ability to identify problems, potential problems, develops solutions, and evaluates decision effectiveness.
- Comments:

> *When Problems arise, Mr. Maiten always has a solution in mind before letting me know. His peers could learn from him in this regard.*

**7. Public Relationships:**

    N      1      2      3    •4     5

- The display of effective and respectful behavior in all public contacts, whether personal, telephone, correspondence or meetings.
- Comments:

> *He is an advocate for the Mission and represents us well 24 hours a day.*

**8. Interpersonal Skills:**

    N      1      2   •3     4     5

- The ability to relate and interact with staff, volunteers, clients and donors in a positive way that results to cooperation, mutual respect and common benefits.
- Comments:

> *Sometimes his frustration with the lack of his residents drive and participation comes out as negative interaction. The administration has received complaints that Mr. Maiten talks down to residents at times.*

**9. Communication:**

    N      1      2   •3     4     5

- The ability to accurately and effectively transmit and receive information necessary to accomplish responsibilities. (Verbal, Written, Listening)
- Comments:

> *Mr. Maiten always has the best intentions in mind, he just sometimes forgets things.*

**10. Adaptability / Flexibility:**

    N      1      2      3     4   •5

- The ability to change approaches or methods based upon circumstances unique to a particular situation in order to achieve desired results.
- Comments:

> *Mr. Maiten does more than any other employee at the mission, and he is often asked at the last minute to get things done. He quickly formulates a plan, delegates responsibilities and follows through.*

## 11. Analytical / Reasoning:

**N**        **1**        **2**        **3**      **• 4**        **5**

- The ability to separate a situational problem into components, identify all relevant factors, apply principles of logic to determine relationships and achieve maximum results.
- Comments:

> *Mr. Maiten encounters a LOT of problems that need solving on a day to day basis. He always thinks them through and seeks advice to find the best solution.*

## 12. Managing:

**N**        **1**        **2**      **• 3**      **4**        **5**

- The ability to implement methods and systems to track the utilization of resources, including clients, to achieve planned results. (Guiding, Monitoring and Follow-Up)
- Comments:

> *He does a good job delegating and following through with his team members, however over the last year he was given an assistant in which he often times had no clue what she was doing and wasn't using this person enough to accomplish his administrative duties.*

## 13. Creativity / Innovation:

**N**        **1**        **2**        **3**      **• 4**        **5**

- The ability to bring original thoughts or new, unique ideas to accomplish responsibilities.

- Comments:

> *Mr. Maiten is not afraid to think outside the box to solve a problem.*

## 14. Stress Management:

**N**        **1**        **2**        **3**      **• 4**        **5**

- The ability to maintain composure and equilibrium and act rationally in a personal and or professional stressful situation(s).
- Comments:

> *Mr. Maiten always keeps his cool, no matter what the circumstances.*

## 15. Technical Expertise:

**N**        **1**        **2**        **3**      **• 4**        **5**

- Demonstrated knowledge / understanding of principles and terminology specific to the job responsibilities.
- Comments:

> *Mr. Maiten is an expert on everything it seems. From fixing cars, to the Audio Visual Systems of the mission, he is a jack of all trades.*

**16. Time Management:**

    **N**         **1**         **2**         **3**         **4**         **5**

- The ability to utilize time effectively and efficiently as it pertains to job responsibility.

- Comments:

> *With all the things he has on his plate, he always finds the time to get things done.*

**17. Team Work:**

    **N**         **1**         **2**         **3**         **4**       • **5**

- The ability to utilize time effectively and efficiently as it pertains to job responsibility.

- Comments:

> *Nobody on the Clara White Mission Staff exemplifies the word Teamwork like Mr. Maiten.*

**18. Change Agent:**

    **N**         **1**         **2**         **3**     • **4**         **5**

- Champion of change and improvement.

- Comments:

> *From pushing the Vets to do better to coming up with ideas to make the day center better, Mr. Maiten is a Champion of Change.*

**19. Attendance:**

    **N**         **1**         **2**         **3**     • **4**         **5**

- The ability of the employee to be punctual and to comply with established leave and attendance policies.

- Comments:

> *He is always on time and notifies me if he has things to do.*

**20.Appearance:**

    **N**         **1**         **2**     • **3**         **4**         **5**

- The display of proper work attire that presents a professional or business-like appearance.

- Comments:

> *Mr. Maiten takes pride in his appearance. He dresses casual and comfortable which isn't necessarily a negative, when he needs to be sharp he does.*

## 21Equipment:

| N | 1 | 2 | •3 | 4 | 5 |

- Demonstrates proper care for assigned equipment and other equipment utilized by the employee to include computers, vehicles, etc.
- Comments:

> *Mr. Maiten meets this standard, however there is room to improve in the area of keeping up with the missions equipment.*

## 22Employee Development:

| N | 1 | 2 | 3 | •4 | 5 |

- Encourage self-motivation for peers/clients to develop knowledge and skills by guidance, on the job training (OTJ), and performance evaluation/benchmarks.

- Comments:

> *He leads by example and truly wants the people who utilize the Mission to get to the place they want to be.*

## Suggested Areas for Development:

> *The only thing I can suggest Mr. Maiten improve on is remembering things. I think he could use modern technology via an App on his I-Pad or maybe even a pocket scheduler to write things down instead of try to remember everything. Also be conscious of how you come across to the residents. It's not what you say but how you say it.*

**I hereby acknowledge that I have reviewed this evaluation and that I agree / disagree with the ratings given.**

_____          _____
**Supervisor Signature**                              **Date**

**I hereby acknowledge that I have read this evaluation, that I have been given a copy of the completed evaluation form, and that I have been given an opportunity to discuss its contents**

with the rater.

_____ I have attached comments concerning this evaluation of my performance

_____          _____
**Employee Signature**                    **Date**

## Performance Summary

1. ___4___ Job Knowledge
2. ___4___ Leadership
3. ___3___ Planning & Organizing
4. ___5___ Internal Policies & Systems
5. ___4___ Accountability & Initiatives
6. ___4___ Decision Making/Judgment
7. ___4___ Public Relationships
8. ___3___ Interpersonal Skills
9. ___3___ Communications
10. ___5___ Adaptability / Flexibility
11. ___4___ Analytical / Reasoning

12. ___3___ Managing
13. ___4___ Creativity / Innovation
14. ___4___ Stress Management
15. ___4___ Technical Expertise
16. ___4___ Time Management
17. ___5___ Team Work
18. ___4___ Change Agent
19. ___4___ Attendance
20. ___3___ Appearance
21. ___3___ Equipment
22. ___4___ Employee Development

**Supervisor's Overall Comments:**

*I consider Mr. Maiten my right hand man at the Mission. His teamwork, dedication, and hard work do not go unnoticed. He is an example to the rest of the staff and I honestly don't know what I would do without him.*

Overall Performance Rating combines your ability to (1) perform job duties and accomplish departmental goals and (2) develop and demonstrate basic job skills. Ratings are defined on the cover page.

Overall Performance Rating Period Reviewed:

Overall Rating (Divide total sum of ratings by total number of ratings).     ___3.91___

Convert numerical rating to the descriptive definition from the chart on the front page.     _____

**Employee's Comments**

Would you recommend employee for a merit increase? Please circle which applies.

Yes          No          _____

Approved