# EXHIBIT "5"

Benefit Summary - Download VA Letters

Return to VA Documents

# Benefit Summary Letter

Use this form to generate an official letter verifying that you currently receive benefits from the Department of Veterans Affairs (VA). By default, all of your Military Service and VA Benefits information is automatically selected for inclusion in the letter. If you prefer not to include certain information, please deselect individual checkboxes below before generating the Benefit Summary Letter. Upon completion, please safeguard this official record of your VA entitlement.

## Military Service Information

Up to three periods of service may be shown. There may be additional periods of service that are not listed here.

☑ Include recent periods of military service (Clicking the check box will select all the below records)

Recent periods of military service

| Included | Branch of Service | Discharge Type | Date Entered Military Service | Released from Active Duty |
|---|---|---|---|---|
| ✓ | Navy | Honorable | August 14, 1978 | October 23, 1988 |
| ✓ | Navy | Honorable | October 24, 1988 | May 15, 1992 |

Our system shows the most recent periods of service entered into the system.

If you have questions about an incorrect or missing service date, please submit an inquiry to VA's Inquiry Routing & Information System (IRIS). You should expect a response from VA within 5 business days.

## VA Benefit Information

Select All | None

Summary of benefit information

| Include? | Information | Value |
|---|---|---|
| Include the information in this row ☑ | You have one or more service-connected disabilities: | Yes |
| Include the information in this row ☑ | Your combined service-connected evaluation is: | 100% |
| Include the information in this row and the one below it ☑ | • Your current monthly award amount is:<br>• The effective date of the last change to your current award was: | • $3003.43<br>• December 01, 2017 |
| Include the information in this row ☑ | You are considered to be totally and permanently disabled due solely to your service-connected disabilities: | Yes |

If you have questions about inaccurate disability information, please submit an inquiry to VA's Inquiry Routing & Information System (IRIS). You should expect a response from VA within 5 business days.

[ Generate Benefit Summary Letter ] [ Cancel ]

https://eauth.va.gov/wssweb/wss-common-webparts/mvc/BenefitCustomizationFormVet    1/5/2018