# EXHIBIT "6"

**CLARA WHITE MISSION**

**Food for today. Skills for life.**

**Vocational Training Programs**

Certified by the State
of Florida Commission
for Independent
Education

Culinary Arts
Janitorial/Environment
al Training Services

**Programs**
CWM Feeding
Program
Riverside North
Transitional Housing
Program
Drop-In Day Center
Clara's At The
Cathedral Training
Café
Ashley Street Catering
White Harvest Farms
CWM Historical
Museum

**Board of Directors**

Kris Mattson
Chairman

George L. Albert
Voncea Fuller
Gary Herzfeld
Hugh Jetha
Christopher Johnson
Anita Lerch
Chaz Martin
Donna Maxwell
Carlos Patino
Michelle Paul
Damon Olinto
Kim Perry
Devin Reed
Linda Joseph
Bracy Taylor
Aaron "AJ" Vaughn
Joe Whitaker

**CEO/President**

Ju'Coby Pittman

July 28, 2017

Erwin Maiten
613 W. Ashley Street
Jacksonville, FL  32202

Dear Mr. Maiten:

This correspondence is to inform you as of Friday, July 28, 2017,  you have been terminated immediately from your position at the Clara White Mission as Director of Residential Services/Fleet.  As an employee, there has been inconsistency with communication and follow through on  job responsibility and performance.

I am requesting the return of the mission property, including your identification badge, alarm codes and password belonging to the mission.

The Finance Department will make arrangements for you to receive your final paycheck.

Thank You,

Ju'Coby Pittman
CEO/President
Clara White Mission, Inc.

Sharon Wright
Vice President of Operations
Clara White Mission, Inc.

cc:  Carolyn Harold

515 West Ashley Street  Jacksonville, Florida  32202  904 . 4162  Fax 904 791-4360