# EXHIBIT "7"

September 14, 2017


ATTN:  Carolyn Harold
Human Resources – Chief Financial Officer
613 West Ashley St.
Jacksonville, FL 32202

Subject: Copy of Signed Cafeteria Plan & Itemized Pay Dates for Years 2014, 2015, 2016


I, Erwin Maiten, am formally Requesting a Signed Copy of Cafeteria Plan per your
September 08, 2017 reply to my letter dated August 30, 2017.


I am also Requesting Itemized Pay Documents for the following years 2014, 2015, 2016.



Erwin Maiten
3115 Hidden Lake Cove
Middleburg, FL 32068
maitenr@bellsouth.net
904-874-4406

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Veronica Chambers*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  Veronica Chambers   C. Date of Delivery  9/18/2017 |
| 1. Article Addressed to:<br><br>ATTN: Carolyn Simpson-Harold<br>Clara White Mission<br>613 West Ashley St.<br>Jacksonville, FL 32202 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3052 7124 0549 97 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7017 1450 0001 2106 4759 | |

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**Food for today. Skills for life.**

**Vocational Training Programs**

Licensed by the State of Florida Commission for Independent Education and Certified by NCCER

Culinary Arts
Janitorial/Environmental Training

**Programs**
CWM Feeding Program
Riverside North
Transitional Housing Program
Drop-In Day Center
Clara's At The Cathedral Training Café
Clara's Café at JTA
Ashley Street Catering
White Harvest Farms
CWM Historical Museum

**Board of Directors**

Kris Mattson
Chairman

George L. Albert
Tony Brown
Catherine Burns
Tasha Cathey
Philip Elson, II
Voncea Fuller
Tammie Hackett
Gary Herzfeld
Hugh Jetha
Christopher Johnson
Carlton Jones
Chaz Martin
Donna Maxwell
Joseph Newkirk
Carlos Patino
Michelle Paul
Kim Perry
Ephraim Riggins
Nancy Seely
Bracy Taylor
Aaron "AJ" Vaughn
Joe Whitaker

**CEO/President**

Ju'Coby Pittman

September 8, 2017

Mr. Erwin Maiten
3115 Hidden Lake Cove
Middleburg, FL 32068

Dear Mr. Maiten:

In response to your letters dated August 30, 2017, you were paid correctly. In reviewing your records, no errors in pay were discovered. The source of confusion may be related to the check received in 2015 for 2016. The January 2, 2016, check was issued early on December 28, 2015, due to the holiday.

|  | 2016 | 2015 |
|---|---|---|
| Box 1 W-2 | 31,072 | 33,568 |
| Cafeteria Plan (125) | 1,427 | 1,427 |
| 1/2/16 check rec'd 12/28/15 | 1,300 | <1,300> |
| Total | $33,799 | $33,799 |

So, once you add the cafeteria plan and the January 2, 2016, check to Box 1 of your 2016 W-2, you will find no errors. I hope that this clears up any misunderstanding that you have.

It is not the practice or policy of Clara White Mission to provide copies of Human Resource files to terminated employees.

Thanks.

Sincerely,

Carolyn S. Harold

August 30, 2017


ATTN:  Carolyn Harold
Human Resources – Chief Financial Officer
613 West Ashley St.
Jacksonville, FL 32206

Subject: Withheld Funds Fiscal Year 2016


I, Erwin Maiten, am formally Requesting payment for Withheld Funds to be paid in full to me from Fiscal Year 2016.  These Funds were withheld by way of withholding 3-Pay-periods with the pretense that we as employees at Clara White Mission, would receive the funds back over the course of the year. Not shortly after the 3-Pay-periods were taken, we were told that our pay schedules would be changed from every 2-weeks to the 1st and 15th of the month.

When my taxes were completed for 2016 Tax Year, there was a difference in my Annual Salary of $ 2,496.00 compared to the previous Tax Year 2015, at no point during my employment was the topic discussed with me to reduce my salary.

Annual Salary 2015 - $33,568.00
Annual Salary 2016 - $31,072.00



Erwin Maiten
904-874-4058



## *my* Social Security

Erwin Maiten

**My Home**    Message Center    Security Settings

# Earnings Record

## Social Security Statement

**Your benefits are based on your earnings.** If our records are wrong, you may not receive all the benefits to which you're entitled.

❧ Review your earnings record carefully...

❧ Limits on taxable earnings for Social Security...

❧ Contact us about errors...

| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
|---|---|---|
| 2017 | $20,968 | $20,968 |
| 2016 | $31,071 | $31,071 |
| 2015 | $33,567 | $33,567 |
| 2014 | $33,056 | $33,056 |
| 2013 | $32,166 | $32,166 |
| 2012 | $31,776 | $31,776 |
| 2011 | $31,807 | $31,807 |
| 2010 | $31,200 | $31,200 |
| 2009 | $30,184 | $30,184 |
| 2008 | $28,249 | $28,249 |
| 2007 | $26,078 | $26,078 |
| 2006 | $25,000 | $25,000 |

## Navigation

Overview

Benefit & Payment Details

**Earnings Record**

Replacement Documents

My Profile

| a Employee's social security number | | | |
|---|---|---|---|
| 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 | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file · Visit the IRS website at www.irs.gov/efile |

| b Employer identification number (EIN) 59-6002104 | 1 Wages, tips, other compensation 33,568 | 2 Federal income tax withheld 2,115 |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages 33,568 | 4 Social security tax withheld 2,081 |
| CLARA WHITE MISSION INC | 5 Medicare wages and tips 33,568 | 6 Medicare tax withheld 487 |
| 613 ASHLEY STREET JACKSONVILLE    FL  32202 | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial    Last name    Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| ERWIN    MAITEN | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 3115 HIDDEN LAKE COVE MIDDLEBURG    FL  32068 | 14 Other | 12c |
| | | 12d |

| f Employee's address and ZIP code |
|---|

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

**Form W-2** Wage and Tax Statement **2015**    Department of the Treasury-Internal Revenue Service

Copy B - To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

EEA

---

| 1 Wages, tips, other comp. 32489.08 | 2 Federal income tax withheld 2105.73 |
|---|---|
| 3 Social security wages 32489.08 | 4 Social security tax withheld 2014.32 |
| 5 Medicare wages and tips 32489.08 | 6 Medicare tax withheld 471.09 |
| d Control number 100045 ATLA/HHK | Dept. 35-120 | Corp. A | Employer use only 38 |

c Employer's name, address, and ZIP code
CLARA WHITE MISSION, INC
613 WEST ASHLEY STREET
JACKSONVILLE FL 32202

| b Employer's FED ID number 59-6002104 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan / 3rd party sick pay |

e/f Employee's name, address and ZIP code
ERWIN MAITEN
3115 HIDDEN LAKE COVE
MIDDLEBURG FL 32068

| 15 State FL | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | |

---

| 1 Wages, tips, other comp. 31071.95 | 2 Federal income tax withheld 1987.75 |
|---|---|
| 3 Social security wages 31071.95 | 4 Social security tax withheld 1926.46 |
| 5 Medicare wages and tips 31071.95 | 6 Medicare tax withheld 450.54 |
| d Control number 100045 ATLA/HHK | Dept. 35-120 | Corp. A | Employer use only 36 |

c Employer's name, address, and ZIP code
CLARA WHITE MISSION, INC
613 WEST ASHLEY STREET
JACKSONVILLE FL 32202

| b Employer's FED ID number 59-6002104 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| Verification Code 5BC4-CBEB-F51B-DB33 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan / 3rd party sick pay |

e/f Employee's name, address and ZIP code
ERWIN MAITEN
3115 HIDDEN LAKE COVE
MIDDLEBURG FL 32068

| 15 State FL | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |