# EXHIBIT "8"

**PITTMAN JUCOBY**
1541 BOULEVARD
JACKSONVILLE, FL 32206-4336

**Primary Site Address**
1541 BOULEVARD
Jacksonville FL 32206

**Official Record Book/Page**
03898-00215

**Tile #**
6412

## 1541 BOULEVARD
### Property Detail

| | |
|---|---|
| RE # | 071142-0000 |
| Tax District | USD1 |
| Property Use | 0100 Single Family |
| # of Buildings | 2 |
| Legal Desc. | For full legal description see Land & Legal section below |
| Subdivision | 01188 SRINGFELD S/D BLK 3,5,9 , |
| Total Area | 4647 |
| Characteristics | Historic Designation |

The sale of this property may result in higher property taxes. For more information go to Save Our Homes and our Property Tax Estimator . 'In Progress' property values, exemptions and other supporting information on this page are part of the working tax roll and are subject to change. Certified values listed in the Value Summary are those certified in October, but may include any official changes made after certification Learn how the Property Appraiser's Office values property.

### Value Summary

| | 2017 Certified | 2018 In Progress |
|---|---|---|
| Value Method | CAMA | CAMA |
| Total Building Value | $114,207.00 | $116,271.00 |
| Extra Feature Value | $1,670.00 | $1,707.00 |
| Land Value (Market) | $13,860.00 | $22,522.00 |
| Land Value (Agric.) | $0.00 | $0.00 |
| Just (Market) Value | $129,737.00 | $140,500.00 |
| Assessed Value | $116,305.00 | $127,935.00 |
| Cap Diff/Portability Amt | $13,432.00 / $0.00 | $12,565.00 / $0.00 |
| Exemptions | $0.00 | See below |
| Taxable Value | $116,305.00 | See below |

## Taxable Values and Exemptions – In Progress

If there are no exemptions applicable to a taxing authority, the Taxable Value is the same as the Assessed Value listed above in the Value Summary box.

| County/Municipal Taxable Value | SJRWMD/FIND Taxable Value | School Taxable Value |
|---|---|---|
| No applicable exemptions | No applicable exemptions | No applicable exemptions |

## Sales History

| Book/Page | Sale Date | Sale Price | Deed Instrument Type Code | Qualified/Unqualified | Vacant/Improved |
|---|---|---|---|---|---|
| 03898-00215 | 3/28/1975 | $15,000.00 | WD - Warranty Deed | Unqualified | Improved |
| 04760-00815 | 11/14/1978 | $24,000.00 | WD - Warranty Deed | Unqualified | Improved |
| 05625-01537 | 3/8/1983 | $31,000.00 | WD - Warranty Deed | Unqualified | Improved |
| 05819-01802 | 6/25/1984 | $33,000.00 | WD - Warranty Deed | Unqualified | Improved |
| 06659-01519 | 12/30/1988 | $100.00 | QC - Quit Claim | Unqualified | Improved |
| 07954-00699 | 9/30/1994 | $76,000.00 | WD - Warranty Deed | Qualified | Improved |
| 08872-00275 | 2/8/1998 | $100.00 | QC - Quit Claim | Unqualified | Improved |

## Extra Features

| LN | Feature Code | Feature Description | Bldg. | Length | Width | Total Units | Value |
|---|---|---|---|---|---|---|---|
| 1 | FPMR7 | Fireplace Masonry | 1 | 0 | 0 | 1.00 | $621.00 |
| 2 | DKWR2 | Deck Wooden | 1 | 13 | 21 | 273.00 | $1,086.00 |

## Land & Legal

### Land

| LN | Code | Use Description | Zoning | Front | Depth | Category | Land Units | Land Type | Land Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0101 | RES MD 8-19 UNITS PER AC | RMD-S | 35.00 | 135.00 | Common | 35.00 | Front Footage | $22,522.00 |

### Legal

| LN | Legal Description |
|---|---|
| 1 | 2-5 |
| 2 | SPRINGFIELD |
| 3 | S1/2 LOT 5 BLK 23 |

## Buildings
### Building 1
Building 1 Site Address
1541 BOULEVARD
Jacksonville FL 32206

| | |
|---|---|
| Building Type | 0109 - ROOMING HOUSE |
| Year Built | 1910 |
| Building Value | $94,638.00 |

| Type | Gross Area | Heated Area | Effective Area |
|---|---|---|---|
| | | | |

| Element | Code | Detail |
|---|---|---|
| Exterior Wall | 8 | 8 Horizontal Lap |
| Exterior Wall | 14 | 14 Wood Shingle |
| Roof Struct | 3 | 3 Gable or Hip |
| Roofing Cover | 3 | 3 Asph/Comp Shng |
| Interior Wall | 5 | 5 Drywall |
| Int Flooring | 12 | 12 Hardwood |
| Int Flooring | 8 | 8 Sheet Vinyl |
| Heating Fuel | 4 | 4 Electric |



| Finished upper story 1 | 1080 | 1080 | 1026 |
|---|---|---|---|
| Base Area | 1096 | 1096 | 1096 |
| Patio | 30 | 0 | 2 |
| Finished Open Porch | 136 | 0 | 41 |
| Total | 2342 | 2176 | 2165 |

| Heating Type | 4 | 4 Forced-Ducted |
|---|---|---|
| Air Cond | 3 | 3 Central |

| Element | Code | |
|---|---|---|
| Stories | 2.000 | |
| Bedrooms | 4.000 | |
| Baths | 2.000 | |
| Rooms / Units | 1.000 | |

## 2017 Notice of Proposed Property Taxes Notice (TRIM Notice)

| Taxing District | Assessed Value | Exemptions | Taxable Value | Last Year | Proposed | Rolled-back |
|---|---|---|---|---|---|---|
| Gen Govt Ex B&B | $116,305.00 | $0.00 | $116,305.00 | $1,209.77 | $1,330.75 | $1,268.05 |
| Urban Service Dist1 | $116,305.00 | $0.00 | $116,305.00 | $0.00 | $0.00 | $0.00 |
| Public Schools: By State Law | $116,305.00 | $0.00 | $129,737.00 | $481.50 | $549.70 | $560.27 |
| By Local Board | $116,305.00 | $0.00 | $129,737.00 | $237.69 | $291.65 | $276.57 |
| FL Inland Navigation Dist. | $116,305.00 | $0.00 | $116,305.00 | $3.38 | $3.72 | $3.49 |
| Water Mgmt Dist. SJRWMD | $116,305.00 | $0.00 | $116,305.00 | $30.50 | $31.68 | $31.68 |
| Gen Gov Voted | $116,305.00 | $0.00 | $116,305.00 | $0.00 | $0.00 | $0.00 |
| School Board Voted | $116,305.00 | $0.00 | $129,737.00 | $0.00 | $0.00 | $0.00 |
| Urb Ser Dist1 Voted | $116,305.00 | $0.00 | $116,305.00 | $0.00 | $0.00 | $0.00 |
| | | | Totals | $1,962.84 | $2,207.50 | $2,140.06 |

| | Just Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| Last Year | $105,732.00 | $105,732.00 | $0.00 | $105,732.00 |
| Current Year | $129,737.00 | $116,305.00 | $0.00 | $116,305.00 |

## 2017 TRIM Property Record Card (PRC)

This PRC reflects property details and values at the time of the original mailing of the Notices of Proposed Property Taxes (TRIM Notices) in August.

## Property Record Card (PRC)

The PRC accessed below reflects property details and values at the time of Tax Roll Certification in October of the year listed.

### 2017

### 2016

### 2015

### 2014

• To obtain a historic Property Record Card (PRC) from the Property Appraiser's Office, submit your request here:

## More Information

Contact Us | Parcel Tax Record | GIS Map | Map this property on Google Maps | City Fees Record