# EXHIBIT "9"

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 510-2017-04527 |

Florida Commission On Human Relations and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Erwin Maiten | (904) 874-4406 | 1960 |

Street Address: 3115 Hidden Lake Cove, Middleburg, FL 32068

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CLARA WHITE MISSION INC | 15 - 100 | (904) 354-4162 |

Street Address: 613 West Ashley Street, Jacksonville, FL 32202

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-01-2016  Latest: 07-28-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 57 year old Male with a disability. I was hired on October 2002 as a Center Night Security; however, my most current position is Director of Residential Services. On or around four (4) years ago, I submitted medical certification to management describing my medical condition and the reasonable accommodations needed. At the time, the center participated in the interactive process, and I was able to perform the essential duties of my job without any issues. I have never had any performance issues and/or disciplinary actions against me. On or around November 2016, I was passed over for a promotion to Vice President of Operations, which I am qualified for, and the position was given to a much younger Female with less seniority, qualifications and/or experience. It has become common practice at the center, that when a position becomes available, President/CEO, Ju'Coby Pittman Peele, assigns the position to a young Female, without advertising the job, allowing interested personnel to apply for the position, and/or giving an opportunity to a qualified candidate, from a pool of applicants of all races, sex, ages and backgrounds, to be promoted.

After I complained to Ms. Pittman Peele about her decision and the injustice done against me, she used my disability, which has never been an issue before, against me in my most recent evaluation. I immediately was issued a Performance Improvement Plan (PIP) for inconsistency in performance and was disciplined unjustly. On July 28, 2017, without having followed policy, the proper disciplinary process and/or allowing me the ninety (90) days specified in the PIP for evaluating my performance, I was terminated from my position.

Thus, for the reasons specified herein, I believe that I have been discriminated and retaliated against because of my age (57), in violation of the Age Discrimination in Employment Act of 1967, as amended, my sex (Male), in violation of Title VII of the Civil Rights Act of 1964, as amended, because of my disability, in violation of the Americans with Disability Act of 1990, as amended, and for having participated in an activity protected by Title VII.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Date / Charging Party Signature



### U.S. Equal Employment Opportunity Commission
### Miami District Office

Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131
(305) 808-1740
TTY (305) 808-1742
Fax: (305) 808-1855

Respondent: CLARA WHITE MISSION INC
EEOC Charge No.: 510-2017-04527
FEPA Charge No.:

October 23, 2017

Mr. Erwin Maiten
3115 Hidden Lake Cove
Middleburg, FL 32068

Dear Mr. Maiten:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ X ]    The Age Discrimination in Employment Act (ADEA)

[ X ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

[ ]    The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3)  Please return the signed charge to this office and keep an original signed copy for your records.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to Florida Commission On Human Relations 4075 Esplanade Way Room 110 Tallahassee, FL 32399 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below or contact my office via email at Marissa.Cosculluela@eeoc.gov.

Sincerely,

MARISSA COSCULLUELA
Federal Investigator
(305) 808-1781

Office Hours: Monday – Friday, 8:00 a.m. - 3:00 p.m.
www.eeoc.gov

Enclosure(s)
   Copy of EEOC Form 5, Charge of Discrimination
   Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

NOTICE OF RIGHT TO SUE

Erwin Mallon
3115 Hidden Lake Cove
Middleburg, FL 32068

EEOC Charge No.                    EEOC Representative

510-2017-04527                     Pablo Alfonso,
                                   Federal Investigator                              (305) 808-1744

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]  More than 180 days have passed since the filing of this charge.

[ ]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

MAY 09 2018

MICHAEL J. FARRELL,
District Director

Enclosure(s)

cc:     Kris Mattson
        Registered Agent
        CLARA WHITE MISSION INC.
        14000 Citiards Way
        Jacksonville, FL 32258