# EXHIBIT "10"

## Maiten, Renita (FAA)

| | |
|---|---|
| **From:** | Sharon Wright |
| **Sent:** | Friday, January 27, 2017 2:48 PM |
| **To:** | HENSON, RYAN |
| **Cc:** | Erwin Maiten |
| **Subject:** | RE: ADT - Walk Through |

Yes, 10:00 am is good your point of contract will be Mr. Maiten
He's very knowledgeable of all Clara white Mission properties, I have an meeting off site at 9:00 am on Monday.

Sharon Wright
Director of Facility and Operation
904-354-4162 Ext: 1113
904-791-4360
swright@clarawhitemission.org



**From:** HENSON, RYAN [mailto:rhenson@adt.com]
**Sent:** Friday, January 27, 2017 1:13 PM
**To:** Sharon Wright
**Subject:** Re: ADT - Walk Through

10:00 am

Regards,

Ryan Henson

904-742-2319

On Jan 27, 2017, at 12:39 PM, Sharon Wright <swright@clarawhitemission.org> wrote:

Yes Sir what time

Sharon Wright
Director of Facility and Operation
904-354-4162 Ext: 1113
904-791-4360
swright@clarawhitemission.org

**From:** HENSON, RYAN [mailto:rhenson@adt.com]
**Sent:** Friday, January 27, 2017 12:04 PM

1

## Maiten, Renita (FAA)

| | |
|---|---|
| **From:** | Ju'Coby Pittman |
| **Sent:** | Tuesday, December 13, 2016 8:18 AM |
| **To:** | Calvin Reed; Carolyn Griffin; Carolyn Simpson-Harold; Christopher Goetz; Erwin Maiten; Irish Beckles; John Stafford; Ju'Coby Pittman; Keith Smith; Lena Thompson; Meg Fisher; Merle Wright; Rhonda Henry; Rosa Nicholas; Sharon Wright; Sheila Brown-Jefferson; Tim Carmichael; Tony D Avery; Veronica Chambers |
| **Subject:** | Request and Schedule update |

- Good morning Team, Mr. Maiten has put Christmas decorations on each floor for the holiday. I would like the following staff to take the lead in assisting in putting up the decoration for the holiday season by or before Thursday, December 15th:

  VA- Ms. Henry-**Lead** and Maiten & volunteers
  Dining Room – Tony-**Lead** and Mr. Bostic
  Second Floor – Ju'Coby-**Lead,** Carolyn, Veronica, Lena
  Third Floor – Meg-**Lead**, Rosa, Shelia, Sharon

  Let me know if you need additional items. Your support on the request is appreciated.

- On Friday, December 16th, Citi Staff & Laurie Allen, will provide 15 employees to volunteer and organize the area in the Construction Room for the items that have been donated for Beaver Street Villas. Sharon and Mr. Maiten, please provide tables for them to categories the items. Rosa, provide the paper, stickers and markers.

- **Shelia, Mr. Stafford and Sharon, please do a site visit at Riverside to evaluated the space, to add 8 additional students for the graduation for the stage area. Please advise ASAP, if that set-up will work.**

- Merle and Rosa, is working on the program for graduation. Let them know if you have any changes.

- Keith and the kitchen team will cater the graduation at Riverside!

- **Plans are in the works to receive our CO for Beaver Street by next Tuesday and as soon as we receive. We can start moving donated items to the building. I will need support from all staff and volunteers to help place household items and furnishing in the facility. We will have volunteers who will set up for each apartment.**

- **I will keep everyone posted.**

- Rosa, is working on a holiday activity for the staff. She will give us an update as soon as arrangements are confirmed.

- Working on going back to 7 days a week before the end of the year.

Ju'Coby Pittman
CEO/President
Clara White Mission
White Harvest Farm

1

## Maiten, Renita (FAA)

| | |
|---|---|
| **From:** | Erwin Maiten |
| **Sent:** | Thursday, December 08, 2016 3:44 PM |
| **To:** | Ju'Coby Pittman |
| **Subject:** | RE: Christmas trees and decorations |
| | |
| **Categories:** | Red Category |

Ok will bring what we have over in the morning

**From:** Ju'Coby Pittman
**Sent:** Wednesday, December 07, 2016 7:15 PM
**To:** Erwin Maiten
**Cc:** Sharon Wright; Rosa Nicholas; Merle Wright
**Subject:** Christmas trees and decorations
**Importance:** High

Mr. Maiten, please bring the Christmas Trees and decorations from the storage for the mission so that staff can decorate the departments for the holidays. Thanks

Ju'Coby Pittman
CEO/President
Clara White Mission
White Harvest Farm
Eartha M. M. White Museum
613 W. Ashley Street
Jacksonville, FL 32202
(904) 354-4162
www.clarawhitemission.org



## Maiten, Renita (FAA)

| | |
|---|---|
| **From:** | Ju'Coby Pittman |
| **Sent:** | Monday, December 05, 2016 1:51 PM |
| **To:** | Sharon Wright |
| **Cc:** | Carolyn Simpson-Harold; Erwin Maiten |
| **Subject:** | RE: Lunch at the University Club for students tomorrow |

Good enough. Thanks for the update.

**From:** Sharon Wright
**Sent:** Monday, December 5, 2016 1:49 PM
**To:** Ju'Coby Pittman
**Cc:** Carolyn Simpson-Harold ; Erwin Maiten
**Subject:** Lunch at the University Club for students tomorrow
**Importance:** High

Ju'Coby

Mr. Maiten advise that the White Staff Va van is clean and has gas. The Black van is the only other van CWM have it's will be gas up and base on the inside condition of the van he will clean it the best he can

Sharon Wright
Director of Facility and Operation
904-354-4162 Ext: 1113
904-791-4360
swright@clarawhitemission.org



**From:** Ju'Coby Pittman
**Sent:** Monday, December 05, 2016 12:58 PM
**To:** Carolyn Simpson-Harold <charold@clarawhitemission.org>; Sharon Wright <swright@clarawhitemission.org>; Sheila Brown-Jefferson <sjefferson@clarawhitemission.org>; Kenneth Cottrell <kcottrell@clarawhitemission.org>
**Cc:** Merle Wright <mwright@clarawhitemission.org>; Rosa Nicholas <Rnicholas@clarawhitemission.org>
**Subject:** Lunch at the University Club for students tomorrow
**Importance:** High

Hey Team, this is to confirm the reservations have been made for students at the University Club. This lunch is for the students who assisted at the Pearls and Cufflink. I understand, Chef Cottrell will provide transportation for the 17 students to the University Club. If I need to take a few in my car, I can do that. I would like to depart the mission at 11:00 am. Lunch is at 11:30 am.

Please remind students, no jeans, if they don't adhere to the dress code they will not be able to enter on the floor for lunch. The dress code is the policy of the University Club. Chef, please share information on dress code.

Shelia, please be on standby, if we need you.

## Maiten, Renita (FAA)

| | |
|---|---|
| **From:** | Ju'Coby Pittman |
| **Sent:** | Wednesday, October 19, 2016 5:45 PM |
| **To:** | Sheila Brown-Jefferson; Kenneth Cottrell; Keith Smith; John Stafford; Erwin Maiten; Sharon Wright |
| **Cc:** | Meg Fisher |
| **Subject:** | RE: Out of Office and Monday Core Class |

Sheila, thanks for forwarding this information.

- Chef, please greet the representatives from Baptist and get the students to sign in and organized for core. Thanks
- Mr. Maiten, have residents participate, and post the information to advise, what date and time

Ju'Coby Pittman
CEO/President
Clara White Mission
White Harvest Farm
Eartha M. M. White Museum
613 W. Ashley Street
Jacksonville, FL 32202
(904) 354-4162
www.clarawhitemission.org



**From:** Sheila Brown-Jefferson
**Sent:** Wednesday, October 19, 2016 4:35 PM
**To:** Kenneth Cottrell ; Keith Smith ; John Stafford ; Erwin Maiten ; Sharon Wright
**Cc:** Meg Fisher ; Ju'Coby Pittman
**Subject:** Out of Office and Monday Core Class
**Importance:** High

I will be out of the office from Thursday thru Monday. Baptist Health will be here on Monday for the core class to do CPR at 3:00 p.m. with the students and residents if they are available.
Sharon or Mr. Maiten if you would like for the residents to attend please have them in the dining room at 2:50 p.m.

I am asking that someone meet them and have the students sign in.
Chef,
If you finish with the students before they arrive, would you make sure they are back in the dining room no later than 2:50 to start signing in.
Baptist will bring some mannequins for the students to demonstrate on but this is not for them to be certified but it will be good for them to know what to do just in case of an emergency.

I have attached the sign in sheet so that the students can sign in which can be put in my box after they all sign in.
Thanks and I will see you on Tuesday.

1

## Maiten, Renita (FAA)

| | |
|---|---|
| **From:** | Erwin Maiten |
| **Sent:** | Tuesday, August 30, 2016 8:12 AM |
| **To:** | Ju'Coby Pittman |
| **Subject:** | RE: New User training |
| **Categories:** | Red Category |

Yes , some changes in the soft ware . there should not be any additional training any time soon

**From:** Ju'Coby Pittman
**Sent:** Monday, August 29, 2016 5:52 PM
**To:** Erwin Maiten
**Subject:** Re: New User training

Thank you. Was there anything new? How soon do you have to take additional training

Sent from my iPhone

On Aug 29, 2016, at 12:26 PM, Erwin Maiten <emaiten@clarawhitemission.org> wrote:

> Yes , me and Mrs. Henry complete Training at the same time
>
> **From:** Ju'Coby Pittman
> **Sent:** Saturday, August 27, 2016 1:21 AM
> **To:** Erwin Maiten
> **Cc:** Meg Fisher
> **Subject:** FW: New User training
>
> Mr. Maiten, did you'll complete the training?
>
> **From:** Erwin Maiten
> **Sent:** Thursday, August 11, 2016 11:05 AM
> **To:** 'Lauren D'Amico' <ldamico@changinghomelessness.org>
> **Cc:** Karen Hicks <khicks@clarawhitemission.org>; Ju'Coby Pittman <jpittman@clarawhitemission.org>; Meg Fisher <meg@clarawhitemission.org>
> **Subject:** RE: New User training
>
> Thank you for getting back to me, Monday , Wednesday or Thursday is open anytime just let me know what works best.
>
> **From:** Lauren D'Amico [mailto:ldamico@changinghomelessness.org]
> **Sent:** Thursday, August 11, 2016 10:35 AM
> **To:** Erwin Maiten; Karen Hicks; Rhonda Henry; Joey Resnik
> **Cc:** System Administration; Meg Fisher
> **Subject:** Fwd: New User training
>
> Good Morning Mr Maiten,

1

## Maiten, Renita (FAA)

| | |
|---|---|
| **From:** | Erwin Maiten |
| **Sent:** | Thursday, February 18, 2016 8:34 AM |
| **To:** | Anitreas Weeks; Sharon Wright; Calvin Reed |
| **Cc:** | Carolyn Griffin; Ju'Coby Pittman |
| **Subject:** | RE: RN Wedding 2/13/15 |

Hold on wait a minute per our – conversation on Thursday I told you that the only thing that I would able to help you with , was the chair , I gave Mr. Reed a past down to take a crew and bring the Chairs and that was done , I was told by you that the Lady would set up her self , lets us remember one I am not part of the catering I will help out when every I can I have my duties that I am responsible for , and I will not drop them because you do not let anyone Know you need help in a timely manner, and I am vary disappointed that you did not talk with me before you blasted me in this email. Yes there should be better communication starting with you.

**From:** Anitreas Weeks
**Sent:** Wednesday, February 17, 2016 10:25 AM
**To:** Sharon Wright; Erwin Maiten; Calvin Reed
**Cc:** Carolyn Griffin; Ju'Coby Pittman
**Subject:** RE: RN Wedding 2/13/15
**Importance:** High

Good Morning Team,

Saturdays event was success. Mrs. Wright I would like to thank you for your constant assistance in keeping Riverside North beautiful and smelling good. Mr. Reed I would like to thank you for assisting me this weekend. I would not have been able to pull off the event or return the chairs in timely manner without you. With that being said we need to address the functions of each team member so that from this point forward we are all on one accord.
Mr. Maiten it was truly disheartening that you did not follow through with the setup of the venue, assist in transporting chairs to the venue on Friday or attending to the pavilion and floors in the main hall. I was under the impression after our conversation that this would be taken care of . This small action had the potential to be detrimental to the event and left the other team members scrambling at the last minute. Mr. Reed Was working the front desk and was unaware of the chair situation. Without any staff scheduled it left me to single handily prepare the entire venue for 135 guests. Riverside North is a subsidiary of the Clara White Mission that we would all like to see succeed. To ensure the success of all our outside endeavors communication is key. If a task is unable to be completed please advise me so that I can prepare properly. Each person in this email plays a pivotal role in the success of the venue. No assignment is inconsequential.

Nikkie Weeks
Catering Director
Ashley Street Catering
904-345-2630

**From:** Sharon Wright
**Sent:** Sunday, February 14, 2016 8:22 PM
**To:** Anitreas Weeks; Erwin Maiten
**Cc:** Carolyn Griffin; Ju'Coby Pittman
**Subject:** Re: RN Wedding 2/13/15

Mrs Anitreas

1

## Maiten, Renita (FAA)

| | |
|---|---|
| **From:** | Erwin Maiten |
| **Sent:** | Wednesday, February 08, 2017 11:33 AM |
| **To:** | Ju'Coby Pittman |
| **Cc:** | Sharon Wright |
| **Subject:** | RE: Request and Update |
| | |
| **Categories:** | Red Category |

This my first time hearing about this I get with Mr. Stafford

**From:** Ju'Coby Pittman
**Sent:** Tuesday, February 07, 2017 6:46 PM
**To:** lllleonard@comcast.net; John Stafford; Erwin Maiten
**Cc:** Sheila Brown-Jefferson; jcoleman.wit@gmail.com
**Subject:** RE: Request and Update
**Importance:** High

Mr. Leonard, that you for making this an urgency. Staff will review for corrections and submit asap.

Ju'Coby Pittman
CEO/President
Clara White Mission
White Harvest Farm
Eartha M. M. White Museum
613 W. Ashley Street
Jacksonville, FL 32202
(904) 354-4162
www.clarawhitemission.org



**From:** lllleonard@comcast.net [mailto:lllleonard@comcast.net]
**Sent:** Tuesday, February 7, 2017 6:27 PM
**To:** John Stafford <jstafford@clarawhitemission.org>; Erwin Maiten <emaiten@clarawhitemission.org>
**Cc:** Ju'Coby Pittman <jpittman@clarawhitemission.org>
**Subject:** Re: Request and Update

Mr. Stafford and Mr. Maiten,

I am attaching submissions that were sent back to the instructors at Clara White and Baker County. Please ask them make any required corrections on their submissions and returned them back to me, as soon as, possible. So of the submissions does not need correcting. Please return tomorrow, so we can process the certificates.

Thanks,

1